## IN THE UNITED STATES DISTRICT COURT
## IN AND FOR THE SOUTHERN DISTRICT OF FLORIDA

SOUTH FLORIDA TEA PARTY, INC.,
A Florida non-profit corporation,
EVERETT WILKINSON,
An Individual,
JUST PATRIOTS, INC.,
d/b/a UNITED AMERICAN
TEA PARTY,
A Florida non-profit corporation,
TIM MCCLELLAN,
An individual,
MARTIN 9/12 TEA PARTY COMMITTEE,
A group of concerned citizens,
NAPLES TEA PARTY,
A group of concerned citizens,

        Plaintiffs,

vs.

TEA PARTY,
A registered Florida Political Party,
Legal entity unknown at this time,
FRED O'NEAL,
An Individual and Chairman of
Defendant Tea Party,
DOUG GOEZTEL,
An Individual,
NICHOLAS EGOROFF,
An individual,

        Defendants.

_____/

FILED by _____ D.C.
INTAKE

JAN 19 2010

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

## COMPLAINT FOR DECLARATORY RELIEF
## NON-INFRINGEMENT OF TRADEMARK "TEA PARTY"

COMES NOW, Plaintiff, South Florida Tea Party, ("Plaintiff" or "SOUTH FLORIDA

TEA PARTY"), Everett Wilkinson, ("WILKINSON"), Just Patriots, Inc., d/b/a United American

Tea Party, Inc., ("UNITED AMERICAN TEA PARTY"), Tim McClellan, ("MCCLELLAN"),

Martin 9/12 Tea Party Committee, ("MARTIN 9/12"), and Naples Tea Party, ("NAPLES TEA PARTY"), by and through their attorneys hereby file a complaint for Declaratory Judgment against Defendants Florida Tea Party ("FLORIDA TEA PARTY"), Fred O'NEAL ("O'NEAL"), Doug Guetzloe, ("GUETZLOE"), Nicholas Egoroff, ("EGOROFF"), and Does 1- 10 and request that this Court enter a Declaratory Judgment which sets forth that (1) Plaintiffs' use of the phrase "Tea Party" is not an infringement of any trademark or other intellectual property right; and (2) Defendants do not have exclusive intellectual property rights in the phrase "Tea Party" as used in the political field; and (3) Defendants shall not make any false associations between their political party and any other person or entity that utilizes the phrase "Tea Party" in order to confuse the public into believing that the political party is associated with, or otherwise endorsed, or approved by any grass roots movements that utilize the historical phrase "Tea Party."   And as support for this Complaint for Declaratory Judgment, Plaintiffs offer the following allegations:

## JURISDICTION AND VENUE

1.     This is an action under the Declaratory Judgment Act, 28 U.S.C. §§ 2201 and 2202, for a declaration that under Section 43(a) of the Lanham Act, 15 U.S.C. § 1125 (the "Lanham Act"), requesting relief that Plaintiffs have not infringed any trademarks, if any, of Defendants and that none of the Plaintiffs are in violation of any Florida State statute as alleged by Defendants.

2.     This Court has original subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1331, as this action arises under the laws of the United States, and the Declaratory Judgment Act, 28 U.S.C. §§ 2201 and 2202.

QUINTAIROS, PRIETO, WOOD & BOYER, P.A., ATTORNEYS AT LAW
9300 SOUTH DADELAND BOULEVARD, 4TH FLOOR, MIAMI, FLORIDA 33156 ♦ TEL: (305) 670-1101

2

3. This Court has jurisdiction over Defendants as Defendants conduct ongoing and continuous business in the State of Florida.

4. Venue is proper under 28 U.S.C. §1391(b) in that a substantial part of the events giving rise to the claims asserted herein occurred in this Judicial District.

## THE PARTIES

5. Plaintiff SOUTH FLORIDA TEA PARTY, INC., is a Florida non-profit corporation with an address of 4045 Pinella Circle, 640, Palm Beach Gardens, Florida 33410.

6. Plaintiff EVERETT WILKINSON is an individual and resident of the State of Florida.

7. Plaintiff UNITED AMERICAN TEA PARTY, is a fictitious name of Just Patriots, Inc., a Florida non-profit organization that is doing business at 1960 U.S. Highway 1 South, No. 96, St. Augustine, Florida 32086.

8. Plaintiff TIM MCCLELLAN is an individual residing in the State of Florida and can be found at 2637 East Atlantic Boulevard, No. 128, Pompano Beach, Florida 33062.

9. Plaintiff MARTIN 9/12 TEA PARTY COMMITTEE is a group of concerned citizens that reside in Martin County, Florida.

10. Plaintiff NAPLES TEA PARTY is a group of concerned citizens that reside in Naples, Florida.

11. Defendant TEA PARTY is a registered political party in the State of Florida. Upon information and belief, TEA PARTY operates and conducts business at 7798 Snowberry Circle, Orlando, Florida 32819.

12. Defendant O'NEAL is an individual and Chairman of the Tea Party political party.

QUINTAIROS, PRIETO, WOOD & BOYER, P.A., ATTORNEYS AT LAW
9300 SOUTH DADELAND BOULEVARD, 4TH FLOOR, MIAMI, FLORIDA 33156 ◆ TEL: (305) 670-1101

3

13.     Defendant GUETZLOE is an individual and upon information and belief is an organizer or other moving force behind the Defendant political party TEA PARTY.

14.     Defendant EGOROFF is an individual and upon information and belief is the communications director for the political party TEA PARTY.

## FACTUAL BACKGROUND
### THE HISTORICAL AND MODERN USE OF THE PHRASE "TEA PARTY"

15.     The phrase "Tea Party" as used in the political arena dates back to the early days of this country.  At least as early as grade school children learn about the infamous "Boston Tea Party."  Since the first historical use of that phrase, "Tea Party" has been associated in the public mind with movements that consists of loosely organized group of persons that protest against political parties, governments, or other dominant political paradigms.

16.     Over the past several years, this sentiment has once again become popular. Numerous persons and entities have adopted the use of the phrase "Tea Party" either alone or in connection with other terms or phrases in order to voice modern dissent or otherwise publicize their displeasure with today's broken government.

17.     Plaintiffs are grassroots, collaborative volunteer organizations made up of everyday American citizens from all across Florida, the region, and the United States.  They are united by their shared core values. The Plaintiffs are also united in their dedication to America's founding principles of fiscal responsibility, limited government, and free markets.  The Plaintiffs recognize the strength of grassroots organizations powered by activism and civic responsibility at a local level. The "Tea Party" movement's mission is to unite like-minded individuals, educate and inform others based on their core values, and to secure public policy consistent with those values.

18.     Plaintiffs are not a political party, but a movement.

QUINTAIROS, PRIETO, WOOD & BOYER, P.A., ATTORNEYS AT LAW
9300 SOUTH DADELAND BOULEVARD, 4TH FLOOR, MIAMI, FLORIDA 33156 ◆ TEL: (305) 670-1101

4

19.     On April 15, 2009, 1.2 million people in over 850 cities across the United States of American held "Tea Parties" to protest the bailouts and fiscal abuse perpetrated by the government.  This was just the beginning of a larger movement aimed at restoring the basic free-market principles our country was built on and holding the government responsible for excessive spending.

### The Plaintiff South Florida Tea Party's "Tea Party" Organization

20.     As one of the original organizers of the April 15, 2009 "Tea Parties," Plaintiff Everett Wilkinson decided to continue the fight in South Florida by forming South Florida Tea Party.  South Florida Tea Party is a nonprofit and has filed with the IRS as a 501(c)4.  Since April 15th, 2009, South Florida Tea Party has held hundreds of rallies/protests, and have placed and responded to thousands of phone calls and emails to help influence public policy.   The organization's goals are to: (1) Stop the out of control spending by the government, at all levels; (2) Assist organizations and citizens in having their voices heard; (3) Provide a platform/coalition for all organizations to communicate and coordinate their efforts; (4) Promote issues that Americans can stand united on, such as Fiscal Responsibility, Constitutional Rights, and a Smaller Government.; and (5) Provide a non-partisan view of candidates and their voting records to assist citizens in making informed choices about their representatives.   The organization's goals are consistent with the historical basis surrounding those that participated in the infamous "Boston Tea Party."

### Plaintiffs Are Not Alone, Extensive Third Party Usage of "TEA PARTY"

21.     Apart from Plaintiff South Florida Tea Party, the remaining Plaintiffs are either non-profit corporations, or groups of concerned citizens that utilize the phrase "Tea Party" in connection with raising awareness of the Tea Party Movement.  Even a cursory search of the

QUINTAIROS, PRIETO, WOOD & BOYER, P.A., ATTORNEYS AT LAW
9300 SOUTH DADELAND BOULEVARD, 4TH FLOOR, MIAMI, FLORIDA 33156 ◆ TEL: (305) 670-1101

5

Internet utilizing any Internet search engine will reveal that the use of the phrase "Tea Party" is extremely prevalent as used in connection with a variety of goods and services. Most poignant to this matter, is that the use of the phrase "Tea Party" has been used by arguably thousands, in addition to the named Plaintiffs, of "organizations" to denote a general sentiment about the displeasure with today's government. Most of these "organizations" are self described "grass roots," and share the vision of the Plaintiffs as noted above.

22.     There is such extensive third party usage of the phrase "Tea Party" in the political field (organized and grass roots) that Defendants could not possibly claim that they have any intellectual property rights to that phrase.

23.     For instance, judicial notice can be taken of the vast number of political rallies that occurred last year throughout the United States. Most of which were organized by grass roots organizations that shared some political visions, but that were not affiliated in a corporate or legal sense.

24.     For instance, in the City of Orlando, Florida, a Tea Party rally was held in March, 2009 with over 4,000 attendees. See http://bit.ly/5Ecna2

25.     Other, non-party organizations utilizing the phrase "Tea Party" in connection with grass roots political awareness groups and rallies include:

•      Indian River Tea Party, www.indianriverteaparty.com (owned by Paul Tanner, see Domain Tools).

•      Jacksonville's First Coast Tea Party, www.firstcoastteaparty.org (owned by First Coast Tea Party)

•      Lakeland TEA Party, www.lakelandflteaparty.com

•      North Lake TEA Party, www.northlaketeaparty.com (Patricia Sullivan)

QUINTAIROS, PRIETO, WOOD & BOYER, P.A., ATTORNEYS AT LAW
9300 SOUTH DADELAND BOULEVARD, 4TH FLOOR, MIAMI, FLORIDA 33156 ♦ TEL: (305) 670-1101

6

- St. Johns County's United American Tea Party, www.justpatroits.com

- Tampa Tea Party

- Volusia Tea Party Patriots, www.volusiapatriots.com (owned by CGI Design)

- Taxdayteaparty.com (owned by Eric Odom)

26.     Apart from the numerous references to modern/contemporary third party usage of the phrase, the phrase has been used for over 200 years.

27.     Plaintiff Everett Wilkinson (who is also affiliated with Plaintiff South Florida Tea Party) was recently interviewed on National Television, namely, The Chris Matthews Show. During the interview Mr. Wilkinson discussed the basic premises and goals behind the modern day Tea Party as a movement and not necessarily as a political party.  http://bit.ly/6YSHt1   It was clear from that interview that Mr. Wilkinson, and similarly situated persons and organizations, utilize the phrase "Tea Party" in a historical and non-trademark sense.  The phrase is liberally shared with all persons or organizations that do not fit the two party system.

## DEFENDANTS' ACTIVITIES AMOUNT TO AN "ACTUAL CONTROVERSY"

28.     In mid-2009, Defendants formed and registered a Florida political party known as the "Tea Party".  See Exhibit A.  Since forming that political party, Defendants have sent threatening letters and otherwise have engaged in a campaign to assert intellectual property rights over the phrase "Tea Party."

29.     The Defendant's Tea Party will become one of 32 minor political parties certified by the state of Florida, which also includes: Real Food Party of the United States, the Prohibition Party, and the Florida Socialist Workers Party.  See Exhibit B.

QUINTAIROS, PRIETO, WOOD & BOYER, P.A., ATTORNEYS AT LAW
9300 SOUTH DADELAND BOULEVARD, 4TH FLOOR, MIAMI, FLORIDA 33156 ◆ TEL: (305) 670-1101

7

30.    Defendant O'NEAL is an attorney licensed to practice in the State of Florida, and upon information and belief is one of the moving forces behind the registration of the Florida political party registered as "Tea Party."

31.    Defendant GUETZLOE, upon information and belief, is associated with the Tea Party movement, or is otherwise alleged to be the joint moving force behind same.   In fact, Defendant GUETZLOE identifies himself as co-founder of the Tea Party on a recent Internet podcast found at http://strangeradio.podomatic.com/entry/2010-01-09T18_38_56-08_00 (33:10 - 65:05).

32.    Upon information and belief, the Defendants appear to own websites located at Http://www.floridateaparty.us and possibly others.

33.    Recently, Defendant O'NEAL communicated with Plaintiff EVERETT WILKINSON and Plaintiff SOUTH FLORIDA TEA PARTY by way of email correspondence. See Exhibit C  (reproduced in part below).

34.    Defendants demanded that these Plaintiffs cease use of the phrase "Tea Party" on at least two recent occasions.  The first email exchange between the parties reads:

> A suspended member has sent you a message on FLORIDA TEA PARTY.  Frederic Bennett O'Neal (fredonealatlaw@aol.com) writes:
>
> Unbelievable.  I just don't understand.  Is it that you just like to get together and complain, but don't really want to do anything about the problems you are complaining about?  It seems to me that if you really wanted to do something about the problems you are complaining about, you would want as many allies as you could find.  Simply unbelievable.
>
> Fred O'Neal
> 407-719-6796
>
> P.S. If you're not going to talk to me, then you really need to stop using "Florida Tea Party" on your website.  Ask your attorney to take a look at Section 865.09, Florida Statutes.
> ----------------------------------------------

See Exhibit C.

QUINTAIROS, PRIETO, WOOD & BOYER, P.A., ATTORNEYS AT LAW
9300 SOUTH DADELAND BOULEVARD, 4TH FLOOR, MIAMI, FLORIDA 33156 ◆ TEL: (305) 670-1101

8

35.     The post script in this email is clearly an imminent threat and places all Plaintiffs (since they are all similarly situated) in a state of legal uncertainty wherein they require a declaration from this Court that their acts are not in violation of any trademark rights and/or of Florida Statute Section 865.09.

36.     The threats continued until very recently. Namely, as recent as December 12, 2009 Defendants have claimed superior trademark rights in "TEA PARTY" as set forth below:

> **From:** fredonealatlaw@aol.com
>
> **Date:** December 12, 2009 7:16:16 AM EST
> **To:** attorneytimothylucero@yahoo.com
> **Subject: Re: From Attorney Timothy Lucero**
>
> Tim:
>
> I give up.
>
> I tried to communicate with your client over politics to see where possibly we might be able join forces to help our common cause.
>
> But he won't talk to me.
>
> Instead, he has a lawyer send me a bunch of threats and insults.
>
> I certainly don't want to spend time and energy trading insults and threats with you.
>
> And, I'm not very good at that thing anyhow.
>
> So, I'm going to leave you and your client alone.
>
> And, per your request, I won't make any more attempts to try to communicate with your client.
>
> So, have a nice day,
>
> Fred
>
> P.S.Tim, I hope at least you advised your client not to "do business" (e.g. sell T-shirts) under the name "Florida Tea Party" lest he get me in trouble since the name is registered to me.

See Exhibit D.

QUINTAIROS, PRIETO, WOOD & BOYER, P.A., ATTORNEYS AT LAW
9300 SOUTH DADELAND BOULEVARD, 4TH FLOOR, MIAMI, FLORIDA 33156 ◆ TEL: (305) 670-1101

9

37.     The post script is a clear threat that Defendants intend to protect "TEA PARTY" as a trademark. Defendant O'NEAL represents that the term is "registered" to him. However, a review of Florida trademark records as well as the trademark records of the United States Patent and Trademark Office did not uncover any trademark applications or registrations for any trademark which includes the terms "Tea Party" owned by Defendants. Rather, there are a variety of trademarks which include the term "Tea Party" for a variety of goods/services owned by numerous non-related third parties.

38.     While Defendant O'NEAL stated that "he gives up" there is no formal agreement between the parties that he in fact has. Further, there is no clear determination of whether any of the Defendants will refrain from attacking any of the Plaintiffs' use of the phrase "Tea Party" in the political realm.

39.     Apart from the claims of trademark infringement and violation of Florida Statute Section 865.09, Defendant O'NEAL has also recently claimed (on January 10, 2010) that Plaintiff Naples Tea Party's use of the phrase "Tea Party" is a violation of Florida Statute Section 103.081:

> From: fredonealatlaw@aol.com
>
> To: Barry Willoughby
>
> Sent: Sunday, January 10, 2010 9:48 AM
>
> Subject: Re: Naples Tea Party Blog Entry
>
> " I suggest you take a look at whether your Naples Tea Party needs to get a new name.  Specifically, take a look at the first sentence of sub-section (2) of Section 103.081 ("Use of party name; political advertising"), Florida Statutes. It says: "(2) No person or group of persons shall use the name, abbreviation, or symbol of any political party, the name abbbreviation, or symbol of which is filed with the Department of State, in connection with any club, group, association, or organization of any kind unless approval and permission have been given in writing by the state executive committee of such party."

QUINTAIROS, PRIETO, WOOD & BOYER, P.A., ATTORNEYS AT LAW
9300 SOUTH DADELAND BOULEVARD, 4TH FLOOR, MIAMI, FLORIDA 33156 ◆ TEL: (305) 670-1101

10

Like it or not, the "Tea Party" of the State of Florida, a registered political party, is entitled to the same protection under the law as the Republican Party or the Democratic Party. And don't complain to me. I didn't write the law. The legislature did. So, if you have a problem with it, take it up with them, not me. But, until the law is changed, I suggest obeying it.

Oh, I missed two things. One, there is an exemption under that statute for groups that have been existence for more than 10 years? Has the "Naples Tea Party" been in existence for more than 10 years? Two, as the statute says you can use the name of a regsitered political party in connection with your group if you have permission from the state executive committee. Barry, if I were you, I wouldn't hold my breath waiting for that permission to come any time soon.

Fred O'Neal, a registered member of the Tea Party , a Florida political party"

40.     Commentary on Defendant O'NEAL's attempt to monopolize on the phrase "Tea Party" has been posted at http://bit.ly/8b1NZt. See Exhibit E.

41.     As the Court will see from the facts alleged herein, there is a substantial controversy, between the parties since they have adverse legal interests. These facts demonstrate that the controversy is of sufficient immediacy and reality to warrant the issuance of declaratory judgment.

42.     The Plaintiffs' state of legal uneasiness requires a Court Order where the parties and more importantly the public will be protected from Defendants' overreaching claim of intellectual property rights in the phrase "Tea Party". Since at least some of the Plaintiffs and the Defendants raise money for their respective interests there is a great public interest in avoiding confusion. Further, the public should be protected against the Defendants' attempt to capitalize on the swell of public sentiment arising from the efforts of the numerous grass roots groups. By holding themselves out as "The" "Tea Party" political party, they are furthering public deception.

### THE PUBLIC IS BEING CONFUSED AND MISLEAD

43.     The Defendants' organization of a political party that utilizes the phrase "Tea Party" is not in and of itself objectionable or unlawful. Rather, it is the overreaching claim of

QUINTAIROS, PRIETO, WOOD & BOYER, P.A., ATTORNEYS AT LAW
9300 SOUTH DADELAND BOULEVARD, 4TH FLOOR, MIAMI, FLORIDA 33156 ♦ TEL: (305) 670-1101

11

intellectual property rights in the phrase "Tea Party," coupled with the intentional misrepresentation to the public that the political party is somehow directly proffering the theme, agenda, and collective vision of the nationwide "Tea Party Movement" (which is not a political party) that is objectionable.

44.     Evidence of this is demonstrated in a well-known political blog known as "POLITICO" found at Http://www.politico.com.  That blog posted an article on November 9, 2009 wherein the author stated: "It's unclear if O'NEAL ….has the wherewithal to organize a movement that prides itself on spontaneity and existing outside party structures."  See Exhibit F. Likewise, an article in The New York Times published January 6, 2010, shed additional light on this. See http://bit.ly/4SGMAX.  See Exhibit G.

45.     Thus, it is evident that political commentators recognize that Defendants are attempting to associate themselves with the grass roots movement, in a manner that is the antithesis of the movement, the forming of a political party.  Worse still, it is evident that Defendants fully intend to "hijack" the phrase "Tea Party" for their political will and objectives.

I.   **DECLARATORY JUDGMENT OF NON-INFRINGEMENT OF TRADEMARK**

46.     Plaintiffs incorporates paragraphs 1 through 45, and brings the following claim for a Declaratory Judgment pursuant to 28 U.S.C. §§ 2201 and 2202.

47.     The Plaintiffs are separate persons, entities, or groups of concerned citizens that have been either directly or indirectly threatened with legal action by Defendants.

48.     Defendants have made explicit and implicit threats against some of the Plaintiffs regarding the use of the phrase "Tea Party."

49.     These threats have placed all of the Plaintiffs in fear that they will be sued by the Defendants for Trademark Infringement, or other causes of action.

QUINTAIROS, PRIETO, WOOD & BOYER, P.A., ATTORNEYS AT LAW
9300 SOUTH DADELAND BOULEVARD, 4TH FLOOR, MIAMI, FLORIDA 33156 ♦ TEL: (305) 670-1101

12

50.     These threats have placed all of the Plaintiffs in a state of uncertainty whether their use of the phrase "Tea Party" is a violation of Florida Statute Sections 865.09, 103.081, or of other Florida, Federal, or common laws.

51.     The Defendants have obtained gains, profits, and advantages as a result of their unlawful acts that they are the "original" or "authorized" Tea Party.   Upon information and belief, the public is confused whether the Florida registered political party is indeed endorsed or associated with the "Tea Party" movement, or any of the Plaintiffs.

52.     Plaintiffs are uncertain of their legal position and seek a declaratory judgment regarding whether they are entitled to use the phrase "Tea Party" without fear of litigation from Defendants, or others.

## II.     FALSE ASSOCIATION UNDER THE LANHAM ACT.

53.     Plaintiffs incorporate paragraphs 1 through 52 and bring the following the claim for False Association under the Lanham Act 15 U.S.C. §1125, against all Defendants.

54.     Plaintiffs each operate their respective organizations and each generally subscribe to the principals of the grass roots movement know as the "Tea Party."

55.     Plaintiffs do not operate, nor do they intend to register as a political party. Officers of the Defendants' new party have also pledged to run third party candidates against both Republicans and Democrats.   In contrast, longtime Florida tea party activists, such as the Plaintiffs, are working toward reform within the Republican Party and view third party candidacies as counter-productive.

56.     In fact, the entire vision behind the Plaintiffs and their organizations is antithetical to political parties.   They are a dissenting voice working toward profound organizational reform, and not a political party.

QUINTAIROS, PRIETO, WOOD & BOYER, P.A., ATTORNEYS AT LAW
9300 SOUTH DADELAND BOULEVARD, 4TH FLOOR, MIAMI, FLORIDA 33156 ◆ TEL: (305) 670-1101

13

57.    By registering the phrase "Tea Party" as a political party and by promoting to the public that this political party encompasses all of the tenets of the grass roots Tea Party movement, Defendants are falsely suggesting an association with Plaintiffs and therefore are confusing the public.

58.    Plaintiffs have no adequate remedy at law.

59.    Plaintiffs seek judicial intervention to avoid public confusion on a subject that is of great public concern, i.e., the false endorsement of a grass roots political movement for the benefit of a political party.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiffs demand a entry of a declaratory judgment setting forth the rights of the Parties as the Court finds just, namely, that:

- o    Plaintiffs' use of the phrase "Tea Party" is not an infringement of any trademark or other intellectual property right;

- o    Defendants do not have exclusive intellectual property rights in the phrase "Tea Party" as used in the political field; and

- o    Defendants shall not make any false associations between their political party and any other person or entity that utilizes the phrase "Tea Party" in order to confuse the public into believing that the political party is associated with, or otherwise endorsed, or approved by any grass roots movements that utilize the historical phrase "Tea Party".

THEREFORE, Plaintiffs respectfully request that the Court enter and Declaratory Judgment that:

a.) All Plaintiffs, and similarly situated persons or entities, are free to use the phrase "Tea Party" alone or in connection with other terms, phrases, design elements for use in

QUINTAIROS, PRIETO, WOOD & BOYER, P.A., ATTORNEYS AT LAW
9300 SOUTH DADELAND BOULEVARD, 4TH FLOOR, MIAMI, FLORIDA 33156 ◆ TEL: (305) 670-1101

14

connection with their political activities, whether such political activities have a commercial purpose or not;

b.) All Defendants, their officers, agents, servants, employees and attorneys, and all those in active concert or participation with them, be restrained from issuing any threat, by word or deed, to any of the Plaintiffs, or similarly situated persons or entities, that would suggest that they own any intellectual property rights in and to the phrase "Tea Party";

c.) All Defendants, their officers, agents, servants, employees and attorneys, and all those in active concert or participation with them, be restrained from falsely associating themselves with any non-affiliated person or entity that utilizes the phrase "Tea Party" in connection with any political movement, or organization;

d.) The phrase "Tea Party" as used in connection with political parties, movements, or other political activities is weak in the hierarchy of trademark protection, and thus, is entitled to no trademark protection;

e.) Defendants, their officers, agents, servants, employees and attorneys, and all those in active concert or participation with them, be required to amend their filings with the appropriate office of the State of Florida such that their registered political party currently registered as "Tea Party" must include other terms in order to avoid public confusion that the Florida "Tea Party" is somehow endorsed or approved by the Plaintiffs, and other persons or entities that are similarly situated; and

f.) Such other relief as this Court finds proper and just.

QUINTAIROS, PRIETO, WOOD & BOYER, P.A., ATTORNEYS AT LAW
9300 SOUTH DADELAND BOULEVARD, 4TH FLOOR, MIAMI, FLORIDA 33156 ◆ TEL: (305) 670-1101

15

Dated:   January 19, 2010.

Respectfully submitted,

Frank Herrera
Florida Bar No. 494801
QUINTAIROS, PRIETO, WOOD & BOYER, P.A.
9300 South Dadeland Boulevard,
Fourth Floor
Miami, Florida 33156
Tel.: (305) 670-1101
Fax.: (305) 670-1164
fherrera@qpwblaw.com

QUINTAIROS, PRIETO, WOOD & BOYER, P.A., ATTORNEYS AT LAW
9300 SOUTH DADELAND BOULEVARD, 4TH FLOOR, MIAMI, FLORIDA 33156 ◆ TEL: (305) 670-1101

16

# EXHIBIT A

**Florida Department of State**

Room 316, R.A. Gray Building
500 South Bronough Street
Tallahassee, Fl 32399-0250
(850)245-6200

# Division    of

# Elections

*Committee Tracking System*

**Tea Party**

| | |
|---|---|
| **Type:** | Party Executive Committee |
| **Status:** | Active |
| **Address:** | Post Office Box 842 |
| | Winderemere, FL 34789 |
| **Chairperson:** | Frederic B. O'Neal |
| | 7798 Snowberry Circle |
| | Orlando, FL 328190000 |
| **Treasurer:** | Frederic B. O'Neal |
| **Registered Agent:** | None |
| **Purpose:** | |
| **Affiliates:** | |

Campaign Finance Activity

# EXHIBIT B

**Florida Department of State**

Room 316, R.A. Gray Building
500 South Bronough Street
Tallahassee, Fl 32399-0250
(850)245-6200

# Division      of

# Elections
### *Political Parties*

Party abbreviations are used to designate political parties in reports of candidates and races.

**Major Political Parties**

<u>**Florida Democratic Party**</u> **(DEM)**
Web address: <u>http://www.fladems.com</u>

<u>**Republican Party of Florida**</u> **(REP)**
Web address: <u>http://www.rpof.org</u>

**Minor Political Parties**

<u>**America First Party of Florida**</u>  **(AFP)**

<u>**American Party of Florida**</u>  **(APF)**
Web address:<u>http://www.AmericanPartyofFlorida.com</u>

Email: <u>americanpartyofflorida@earthlink.net</u>

<u>**American Patriot Party**</u>  **(AMP)**

<u>**American Reform Party of Florida**</u>  **(ARP)**
Web address:<u>http://www.americanreform.org/</u>

<u>**America's Independent Party of Florida**</u>  **(AIP)**

Web address:http://www.aipnews.com/mxPage.asp?
SID=FL&ID=19⊡

Email: fl@aipnews.com


**British Reformed Sectarian Party  (BRS)**
>Web address:http://www.brsparty.com⊡


**The Christian Party  (CHR)**

**Constitution Party of Florida  (CPF)**
>Web address:http://www.cpflorida.com/⊡


**Ecology Party of Florida  (ECO)**
>Web address:http://www.ecologyparty.org/⊡


**Faith & Patience Inc. N.P.G.G.  (FAP)**

**Family Values Party  (FVP)**

**Florida Socialist Workers Party  (SWP)**

**Florida Whig Party  (FWP)**
>Web address: http://flwp.org⊡

>Email: chair@flwp.org


**Green Party of Florida, Inc. (GRE)**
>Web address: http://www.floridagreens.org⊡

>Email: info@floridagreens.org


**Independence Party of Florida (IDP)**

Web address: http://www.ipfl.org/

**Independent Democrats of Florida**  (IDF)

**Independent Party of Florida**  (INT)

Email: flaindparty@aol.com

**Libertarian Party of Florida**  (LIB)

Web address: http://www.lpf.org

**The Moderate Party**  (MOD)

**Objectivist Party of Florida**  (OBJ)

**Party for Socialism and Liberation - Florida**  (PSL)

Web address: http://www.VotePSL.org

Email: florida@votepsl.org

**Possibility Party**  (POS)

Web address:http://www.PossibilityParty.com

**Progressive Libertarian Party**  (PRL)

Web address: http://www.prlparty.org/

Email address: mjposner@adelphia.net

**Prohibition Party**  (PRO)

Email: prohibitionparty@yahoo.com

**Real Food Party of the United States of America**  (RFP)

### Reform Party  (REF)
Web address:http://www.rpfla.org

### Socialist Party of Florida  (SPF)

### Surfers Party of America  (SPA)

### Tea Party  (TEA)

### Term Limits for the United States Congress Party  (TLP)
Web address:http://www.termlimitsforcongress.com/

Email address: remmons@termlimitsforcongress.com

### Twelve Visions Party of Florida  (TVP)

### Unity08  (UNI)

### Veterans Party of America  (VET)

Last updated - December 1, 2009

# EXHIBIT C

A suspended member has sent you a message on FLORIDA TEA PARTY. Frederic Bennett O'Neal (fredonealatlaw@aol.com) writes:

Unbelievable. I just don't understand. Is it that you just like to get together and complain, but don't really want to do anything about the problems you are complaining about? It seems to me that if you really wanted to do something about the problems you are complaining about, you would want as many allies as you could find. Simply unbelievable.

Fred O'Neal

407-719-6796

P.S. If you're not going to talk to me, then you really need to stop using "Florida Tea Party" on your website. Ask your attorney to take a look at Section 865.09, Florida Statutes.

-----------------------------------------------

# EXHIBIT D

-------------------------------------------------------------------------------------

**From:** fredonealatlaw@aol.com

**Date:** December 12, 2009 7:16:16 AM EST

**To:** attorneytimothylucero@yahoo.com

**Subject: Re: From Attorney Timothy Lucero**

Tim:

I give up.

I tried to communicate with your client over politics to see where possibly we might be able join forces to help our common cause.

But he won't talk to me.

Instead, he has a lawyer send me a bunch of threats and insults.

I certainly don't want to spend time and energy trading insults and threats with you.

And, I'm not very good at that thing anyhow.

So, I'm going to leave you and your client alone.

And, per your request, I won't make any more attempts to try to communicate with your client.

So, have a nice day,

Fred

P.S.Tim, I hope at least you advised your client not to "do business" (e.g. sell T-shirts) under the name "Florida Tea Party" lest he get me in trouble since the name is registered to me.

# EXHIBIT E

HOME    ABOUT    CANDIDATES    CONTACT US    EVENTS    NAPLES FORUM    OPINION    SOAP BOX

AMERICA    AWARENESS    CANDIDATES    CONSTITUTION    ELECTION 2010

**PAGES**

About
Candidates
Contact Us
Events
Naples Forum
Opinion
Soap Box

**IMPORTANT ISSUES**

America
Awareness
Candidates
  Florida Candidates
Constitution
Election 2010
News
Patriotic
Political Action
Teaparty
You Decide

**RECOMMENDED SITES**

CONGRESSIONAL DIRECTORY

Congress.org

FLORIDA STATE GOVERNMENT

Florida House Of Representatives
Florida Senate

PATRIOTIC

Breitbart
Continental Congress 2009
FLFreedom
Progressive Punch
Resistnet
Tenth Amendment Center
US Debt Clock

POLITICAL ACTION

Progressive Punch

RESEARCH GROUP

Cato
Club for Growth
Heritage Foundation

TEAPARTY

BigGovernment
the912coalition

ARCHIVES

January 2010
December 2009

## IN MR. O'NEIL'S, 'FLORIDA TEA PARTY' OWN WORDS

**January 13, 2010 By Save America**

Fred O'Neil who is the Chairman of the Florida Tea Party has registered the name, 'Tea Party' as a new political party in the State of Florida.

While some polls have shown the Tea Party movement has a rating which has exceeded both Republican and Democratic party, this kind of success will attract opportunists and have the potential to take advantage of the success of this rapidly growing movement.



Most of the larger metropolitan Tea Party movements have never encountered Mr. O'Neil's participation or involvement until he registered his new political party. The current evidence of his lack of involvement to personally build upon the Tea Party movement leads to question the reasons this third party was created without consulting or incorporating any of the established groups or leaders.

So, is it reasonable to question whether Mr. Fred O'Neil's 'Tea Party' has the potential to disrupt attempts to win back this country in November 2010?

In Mr. O'Neil's own words,  on Sunday, January 10, 2010 directed to a fellow Tea Party leader, we'd like for you to decide. According to his suggestion, ALL of the established Tea Party groups will no longer be allowed to continue to operate under this name. This will have a national impact for all states that file a third party movement, more less, the National Tea Party or Tea Party Express touring through Florida should Mr. O'Neil decide to exercise his right to the propriety of the 'Tea Party' name.  We've withheld the recipient's name and City from this correspondence  for obvious reasons:

**From:** fredonealatlaw@aol.com

**To:** (name withheld)

**Sent:** Sunday, January 10, 2010 9:48 AM

**Subject:** Re: (City Name) Tea Party Blog Entry

" I suggest you take a look at whether your (City Name) Tea Party needs to get a new name.  Specifically, take a look at the first sentence of sub-section (2) of Section 103.081 (**"Use of party name; political advertising"**), Florida Statutes.  It says: "(2) No person or group of persons shall use the name, abbreviation, or symbol of any political party, the name abbbreviation, or symbol of which is filed with the Department of State, in connection with any club, group, association, or organization of any kind unless approval and permission have been given in writing by the state executive committee of such party."

Like it or not, the "Tea Party" of the State of Florida, a registered political party, is entitled to the same protection under the law as the Republican Party or the Democratic Party.  And don't complain to me.  I didn't write the law.  The legislature did.  So, if you have a problem with it, take it up with them, not me.  But, until the law is changed, I suggest obeying it.

**RECENT ARTICLES**

In Mr. O'Neil's, 'Flori words
Phony Registered Flo
Democratic Undergro
TPP Statement on th
Charlie Crist Support
Will Obama Steal the

**TEA PARTY 2009**



**POPULAR VIDEOS**



**Why Tea Parties? The**
**Question**
**5:41**
Why are tea parties croppin



**The Star-Spangled Ban**
**10:00**
http://digg.com/videos/peo



**The Reagan Obama De**
**8:17**
Ronald Reagan blows away
s...



**Ronald Reagan on Uni**
**10:06**
http://PopModal.com Ronal
Hea...



**Ronald Reagan Speech**
**National Convention**
**27:51**
Watch Ronald Reagan's spe
Republica...

**7 Lies In Under 2 Minu**
**1:47**
In this 1:46 video, we point

Case 9:10-cv-80062-KAM   Document 2   Entered on FLSD Docket 01/19/2010   Page 30 of 36
In Mr. O'Neil's, 'Florida Tea Party' own words | Save America
Page 2 of 2

| November 2009 |
| October 2009 |
| September 2009 |
| August 2009 |
| July 2009 |
| June 2009 |

Oh, I missed two things.   One, there is an exemption under that statute for groups that have been existence for more than 10 years?  Has the "(City Name) Tea Party" been in existence for more than 10 years?   Two, as the statute says you can use the name of a registered political party in connection with your group if you have permission from the state executive committee.  (Name withheld), if I were you, I wouldn't hold my breath waiting for that permission to come any time soon.

Fred O'Neal, a registered member of the Tea Party , a Florida political party"

This post is from the Save America website. Please visit our website at changefor2012.com

□ Share / Save ⬛🟦🟦 ⬚ ⬍

**LEAVE A REPLY**

Name (required)

Mail (will not be published required)

Website

Submit Comment

Copyright © 2009 All Rights Reserved

**Unbelievable: Crist De...**
**Stimulus**
1:56
On Nov. 4, Gov. Charlie Cri...

**The Decline: The Geog...**
**by LaToya Egwuekwe i...**
0:29
According to the U.S. Depa...

**America Rising An Ope...**
**Politicians**
3:11
I had stopped the comment...
many ...

**EVENTS CALENDAR**

**<<**  Jan 2010

| M | T | W | T | F | S |
|---|---|---|---|---|---|
| 28 | 29 | 30 | 31 | 1 | 2 |
| 4 | 5 | 6 | 7 | 8 | 9 |
| 11 | 12 | 13 | 14 | 15 | 16 |
| 18 | 19 | 20 | 21 | 22 | 23 |
| 25 | 26 | 27 | 28 | 29 | 30 |

**PRESIDENTIAL TRACKIN...**

Tuesday, January 12, 2010 ·
daily Presidential Tracking P
26% of the nation's voters S
way that Barack Obama is p
President. Forty percent (40°
giving Obama a Presidential
14 (see trends). Just 32% o
tax on the most expensive h
while 59% are opposed. Lab
their unhappiness with this ,
Overall, 40% favor the healt
Congress and 55% are oppo
Likely Voters in Massachuset
Massachusetts Special Senat
Coakley 49% Kennedy 3% N

# EXHIBIT F

# POLITICO



**November 09, 2009**

**Categories:**
   Election

## A Tea Party party registers in Florida

A Florida conservative has registered an official "Tea Party" with the office of the Secretary of State, and is promising to run candidates against Republicans and Democrats in state and national races.

"The current system has become mired in the sludge of special interest money that seeks to control the leadership of both parties. It's time for real change," says Orlando lawyer Frederic O'Neal, the new party's chairman, who couldn't be reached immediately by phone, in a press release.

A spokeswoman for the Florida Secretary of State, Jennifer Davis, said the party had registered in August, and that its qualified candidates will appear on the ballot in the state.

O'Neal compared his party's role to that of the Conservative Party in New York's 23rd District. Florida, however, lacks the "fusion" rules that has allowed third parties in New York to amass influence by offering their ballot line to acceptable major-party candidates.

It's unclear if O'Neal, who has represented high-profile tax protesters, has the wherewithal to organize a movement that prides itself on spontaneity and existing outside party structures.

The Tea Party will **become** one of 32 minor political parties certified by the state, including also the Real Food Party of the United States of America, the Prohibition Party, and the Florida Socialist Workers Party. Its **website** is not live.

Posted by Ben Smith 11:59 AM post a comment
Back to top

Advertisement



Print Powered By [F] Format**Dynamics**™

# EXHIBIT G

Case 9:10-cv-80062-KAM Document 2 Entered on FLSD Docket 01/19/2010 Page 34 of 36
The First Senator From the Tea Party? - NYTimes.com
Page 1 of 3



Welcome to TimesPeople
Get Started

TimesPeople recommended: The Biggest Loser

4:37 PM    Recommend




# The First Senator From the Tea Party?

Published: January 6, 2010

(Page 5 of 8)

After his speech, which drew a standing ovation, Rubio and I took over a table in the country-club bar. Rubio's leg started immediately quivering under the table. He asked a waitress for coffee. "Decaf?" she asked.

**Related**

In Primary Battles, the G.O.P. Takes On Itself (January 10, 2010)

"That's like ordering O'Doul's," Rubio said. "What's the use?"

Rubio played cornerback at a South Miami high school and briefly at Tarkio College in northwest Missouri before the school folded and he wound up at the University of Florida. He still plays flag football on weekends, and I tried to engage him in small talk about his beloved Dolphins, but his leg began bouncing again with impatience. "You gonna turn that on?" he said, looking at my tape recorder.

I asked Rubio if he was surprised at the national attention he was receiving. That day, he had learned that he would be the keynote speaker next month at the Conservative Political Action Conference, an annual confab of the right in Washington. He sucked his teeth in an exaggerated grimace. "I'm not a fan of personality-based politics," Rubio said. "Very third worldish." People who pin their trust and faith in a person are bound to be disappointed, he said. "I'm just a messenger for a set of ideas."

**After Rubio left,** I met, in the lingering crowd, a woman named Antoinette Parsons, who goes by Toni. She is a 78-year-old precinct representative from Bradenton who introduced herself as a "political activist and ballroom dancer." She gave me her political card (she also has a card for ballroom dancing) and described Crist as "my dear friend for 15 years."

"That is why it pains me to speak badly of Charlie," she said. But she's mad at him, for a lot of reasons — she mentions his last-minute endorsement of McCain in 2008. But mostly "the political winds are shifting, and this is not Charlie's time." She says she will vote for Rubio and thinks he will win. "People are energized," she told me.

Parsons would drive two hours to Orlando that night to attend her first tea party. She purchased a special "Freedom is brewing" T-shirt online for the occasion. Several people at the Rubio lunch were going to be caravaning with her, including a van load of 13 people. "I'm so excited for this I can barely describe it," said the van's driver, Bryan Tupper, a 26-year-old unemployed actor from Bradenton. This is how young people must have sounded before they road-tripped to Woodstock, although tea parties tend not to attract the Country Joe and the Fish crowd. (Instead, Ron and Kay Rivoli, two beloved

SIGN IN TO RECOMMEND
TWITTER
SIGN IN TO E-MAIL
PRINT
SINGLE PAGE
SHARE
CLOSE

Your Money E-Mail

Sign up for a preview of the week in finance, sent every Monday.

See Sample | Privacy Policy



MOST POPULAR
E-MAILED  BLOGGED  SEARCHED

1. David Brooks: The Tel Aviv Cluster
2. Well: The 11 Best Foods You Aren't Eating
3. Thomas L. Friedman: Is China the Next Enron?
4. The Americanization of Mental Illness
5. Personal Health: Healthy Aging, With Nary a Supplement
6. For Some, 'Kosher' Equals Pure
7. A Good Appetite: A Fallen Star of French Cuisine, Restored to Its Silver Platter
8. At a Mighty 104, Gone While Still Going Strong
9. Google, Citing Attack, Threatens to Exit China
10. The 31 Places to Go in 2010

Go to Complete List »



Hypocrite or hero?
ALSO IN OPINION »

Next Article in Magazine (1 of 15) »

Tea Party entertainers, performed in Orlando — "Press One For English," their video advocating for the English-only movement, has drawn more than 13 million views on YouTube.) There seem to be more tea parties in Florida than in other places, although there is no way of knowing this. The Orlando Sentinel reported that this particular gathering — at Lake Eola Park in November — was at least the fourth Tea Party rally to be held in Orlando in 2009.

"Tea Party" has become something of a catch-all term to describe an impassioned and empowered group of populist conservatives. They are largely antigovernment, a lot of them are self-described libertarians, and many say they are new to political activism. It is easy to think of them as a singular entity and a growing one. "There is a new sheriff in town in American politics, and that is the Tea Party people," said Lloyd Marcus, a musician from Deltona, Fla., who performs his "American Tea Party Anthem" at the events.

But in fact, there are many Tea Party groups across the country that exist under a variety of umbrellas, with different agendas and aims (Tea Party Nation, TeaPartyExpress.org). Some are organized into formal political-action committees; others are little more than a ragtag of protesters. It is not clear whether these Tea Party amalgams will ever grow into a functional and cohesive political movement that can actually get candidates elected to office. Fred O'Neal, an Orlando lawyer, recently registered an official Tea Party with Florida's Secretary of State. "We are not the placard-waving, funny-hat-wearing people," said O'Neal, an election law specialist who says he was an "Ed Muskie Democrat" in his college days. "We are willing to do the political dirty work."

« PREVIOUS PAGE   1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |   NEXT PAGE »

*Mark Leibovich is a reporter in the Washington bureau of The Times. He last wrote for the magazine about the California governor's race.*

A version of this article appeared in print on January 10, 2010, on page MM29 of the New York edition.

Sign in to Recommend

Next Article in Magazine (1 of 15) »

SIGN IN TO E-MAIL

PRINT

SINGLE PAGE

Home Fires: getting the word out
The happiest people

**nytimes.com**                    OPINION

ADVERTISEMENTS




120 years of historic events.


NetBoots
WEBSITES for
CONSERVATIVE CAMPAIGNS
EASY TO UPDATE | STARTING AT $50/MONTH

Advertise on NYTimes.com

Ads by Google                    what's this?

**Fedele for Governor 2010**
Get our Economy Working Get People back to Work
Fedele2010.com

**NEU Online MBA Program**
Earn an MBA Online at Northeastern University. No GMAT, Free Brochure.
OnlineMBA.NEU.Edu

**FL Easy Ads**
For sale by Owner Free Fun and Easy
www.fleasyads.com


**Click here to enjoy the convenience of home delivery of The Times for less than $1 a day.**

Ads by Google                    what's this?

**Florida Easy Ads**
Fast, Fun and Easy Local and National Advertising
www.fleasyads.com

**Airplane Banners**
Nationwide Coverage & GPS available Free Upgrade to Digital Production
www.AerialBanners.com

**Super Bowl Home Rentals**
Rent rooms And/Or homes with us #1 Rental Site For The Super Bowl
www.superbowlrentals.us

Past Coverage
A Surefire Florida Republican Becomes a Right-Wing Target (November 16, 2009)
More Election Troubles in Florida, but That Doesn't Bother the Governor (March 17, 2008)

Related Searches
Rubio, Marco              Get E-Mail Alerts
Crist, Charlie            Get E-Mail Alerts

