IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE SOUTHERN DISTRICT OF FLORIDA

SOUTH FLORIDA TEA PARTY, INC.,
*et al.*,

       Plaintiff(s),

vs.

TEA PARTY, *et al.*,

       Defendant(s).

_____/



CASE NO. 9:10-CV-80062-MARRA/JOHNSON
(Judge Kenneth A. Marra)

## DEFENDANTS, TEA PARTY AND O'NEAL'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56 of the Federal Rules of Civil Procedure and Rule 7.5 of the

local rules of this Court, Defendant, FREDERIC B. O'NEAL a/k/a "Fred O'Neal,"

("Defendant") in his individual capacity and the TEA PARTY, an unincorporated Florida

political party, by and through  Defendant in his official capacity as its chairman and sole

officer, moves for entry of summary judgment herein and as grounds here for would show

this Court that, contrary to the allegations in Plaintiffs' Amended Complaint, Defendant

has never threatened any of the Plaintiffs (or anyone else for that matter) with litigation

over use of the phrase "Tea Party" in an organizational name.   Hence, there is no

"substantial likelihood" of Plaintiffs suffering the purported "injury" alleged in the

Amended Complaint, to-wit: there is no "substantial likelihood" that Defendant will file suit against any of the Plaintiffs over use of the phrase "Tea Party" in an organizational name.

In support hereof, Defendant would show this Court the following:

### Statement of Material Facts

(1) In their Amended Complaint (Doc. 11), Plaintiffs repeatedly state, "Defendants have made explicit and implicit threats against some of the Plaintiffs regarding the use of the phrase "Tea Party.""1  Plaintiffs additionally state, "These threats have placed all of the Plaintiffs in reasonable fear that they will be sued by the Defendants for Trademark Infringement, or other causes of action."2

(2) In support of these general allegations, Plaintiffs in their Response (Doc. 20) point to three purported emails – one to non-plaintiff Barry Willoughby (*see,* paragraph 68 of the Amended Complaint); one to Plaintiff, Everett Wilkinson (*see,* paragraph 63 of the Amended Complaint); and one to Timothy Lucero, Plaintiff Wilkinson's attorney (*see,* paragraph 65 of the Amended Complaint).

(3) The bottom line is that none of the actual emails sent by the undersigned constitutes a threat of litigation against any of the Plaintiffs over use of the phrase "Tea Party" in an organizational name.

(4) First, as to the purported email from undersigned Defendant to non-plaintiff, Barry Willoughby, set out in paragraph 68 of the Amended Complaint, Plaintiffs make the following incorrect assertions regarding that email:

---

1 *See, e.g.,* paragraphs 81, 90, 99, 107, 115 and 123 of Plaintiffs' Amended Complaint.
2 *See, e.g.,* paragraphs 82, 91, 101, 106, 114 and 122 of Plaintiffs' Amended Complaint.

- "The Defendants have admitted that they believe no group may use the term "Tea Party" without the Defendants' permission, and that such permission will not be granted." (Response, at pp. 3-4).

- "The Defendants specifically threatened legal action with regard to Fla. Stat. Section 103.081 …" (Response, at p. 8).

- "The above assertion of rights and reliance on Fla.Stat. Section 103.081 constitutes threatened injury [to each Plaintiff] resulting from Defendants' conduct, namely, the threat of a lawsuit [against each Plaintiff] to enforce alleged rights under the statute." (Response, at p.8).

(5) Contrary to what the Plaintiffs allege in their Amended Complaint, the email set out in paragraph 68 of Plaintiffs' Amended Complaint is not the email Defendant sent Barry Willoughby.

(6) Rather, in an apparent attempt to created a "manufactured controversy," rather than an "actual controversy," upon which to base their Amended Complaint, Plaintiffs took the actual email Defendant sent, doctored it in significant ways, left out those parts that did not fit into their "manufactured controversy," and inserted a doctored email into their pleadings.

(7) In short, Plaintiffs have attempted to perpetrate a fraud on this Court.

3

(8) The actual email, as well as the email to which it responds, and the follow on January 10, 2010 email conversation between undersigned Defendant and Barry Willoughby, are all attached hereto as Exhibit "A."

(9) A review of the actual email and the email traffic within which it occurred shows that Plaintiffs have done the following in an attempt to perpetrate a fraud on this Court:

- Plaintiffs took out the first 13 paragraphs of the actual email.

- The obvious reason why Plaintiffs took out the first 13 paragraphs is to make the email appear to be an out-of-the-blue attempt by the undersigned to warn Barry Willoughby against using the phrase "Tea Party" in his organizational name.

- The truth of the matter is that the actual email undersigned Defendant sent Barry Willoughby was a response to a prior email Barry Willoughby sent the undersigned in which Mr. Willoughby, among other things, called the undersigned a "parasite."

- Plaintiffs additionally doctored the first paragraph of the email set out in paragraph 68 of their Amended Complaint.

- Specifically, Plaintiffs omitted the first two words of that paragraph – "Finally, Barry..."

- The obvious reason why Plaintiffs omitted those first two words is to make the email in paragraph 68 appear to be a complete

4

email where, in reality, it was only a portion of the email actual
sent.

- Finally, Plaintiffs cleverly omitted the fact that in the follow on
email conversation on January 10, 2010 between undersigned
and Barry Willoughby, both the undersigned and Willoughby
apologized for what they said to each other in their earlier
emails of that day.

- Specifically, Willoughby apologized for relying on "faulty
information" provided to him about O'Neal.

- O'Neal apologized for the "harsh tone" of his email,  blaming
that "harsh tone" on old age and the Gators having lost to
Alabama.

- Obviously, Plaintiffs left out the context of O'Neal's email to
Willoughby, left out O'Neal's apology, left out the first 13
paragraphs of his email and left out the words "Finally, Barry"
in an attempt to work a fraud on this Court by creating a
"manufactured controversy," rather than an "actual
controversy."3

(10)    It is important to note, that even in the actual email with its "harsh tone"
and even in the doctored email of Plaintiffs' Amended Complaint, there is still
<u>no</u> threat of litigation.   That is because undersigned Defendant, as an attorney,

---

3 As an aside, that Barry Willoughby did not sign on to be a plaintiff in this action speaks volumes.

knows that threats of litigation should not be thrown around lightly.   To the best of his memory and recollection, undersigned Defendant has been the plaintiff of a lawsuit only four times in his life - once in a divorce action and three times when clients failed to make payment as agreed.  Each lawsuit was settled early in the proceedings.   Undersigned Defendant has never filed suit against anyone for an asserted violation of a statutory right undersigned Defendant believed he held, either in his individual capacity or in his official capacity.   As to the instant dispute, undersigned Defendant has no and has had no intention of filing suit against any of the Plaintiffs for their use of the phrase "Tea Party" in their organizational name.  He has threatened none of the Plaintiffs with litigation over their use of the phrase "Tea Party" in their organizational name.  He has, moreover, threatened no one with litigation over their use of the phrase "Tea Party" in their organizational name.  Presently, undersigned Defendant does, however, intend to pursue Plaintiff Wilkinson over his continued public description of himself as the "chairman of the Florida Tea Party" without the use of the qualifier-postcript "LLC."   Undersigned Defendant believes Plaintiff Wilkinson's actions are a deliberate attempt to confuse the public in violation of both the letter and spirit of Section 103.081, Florida Statutes.  Therefore, undersigned  Defendant does intend to, first, seek a declaratory opinion from the Florida Division of Elections over whether such behavior by Plaintiff Wilkinson is a violation of Section 103.081 and, if the Division agrees that such behavior is a violation, undersigned Defendant

6

does intend to file a criminal complaint against Plaintiff Wilkinson with the State Attorney's Office for Palm Beach County, Florida.

(11)    Second, Plaintiffs assert the following with respect to the emails from undersigned Defendant to Plaintiff, Wilkinson, and his attorney, Lucero, set out in paragraphs 63 and 65 of the Amended Complaint:

-    The Defendants specifically threatened legal action [against each Plaintiff] with regard to Fla.Stat. Section 865.09 and asserted that the Plaintiffs were in violation of the statute vis-à-vis the Defendants' alleged registration of the term "Tea Party." (Response, at p. 9).

(12)    Again, the complete email traffic on December 12, 2009, between undersigned Defendant and Wilkinson's attorney, Lucero, is attached hereto as Exhibit "B."

(13)    That complete email traffic and the December 12, 2009 emails set forth in the Amended Complaint show that undersigned Defendant complained over Plaintiff Wilkinson's use of the name "Florida Tea Party," not his use of the name "Tea Party." There is no other conclusion that can be drawn from a fair reading of those emails. Moreover, again, there is no threat of litigation. There is only a statement of concern that Wilkinson is, again, potentially getting undersigned Defendant in trouble since the name "Florida Tea Party" is registered to undersigned Defendant. Again, these emails show no threat of

litigation by undersigned Defendant against any of the  Plaintiffs' over their use

of the phrase "Tea Party" in their organizational names.

(14)    Finally, undersigned Defendant agrees that, as a matter of law, the phrase

"Tea Party" cannot be trademarked under the Lanham Act in terms of its use

by political organizations.  That is why he has never tried to trademark that

name, nor does he have an intention to try to trademark that name in the

future.  Hence, there is no dispute over the Lanham Act between Plaintiffs and

undersigned Defendant.

### Memorandum of Law

(15)    To demonstrate the necessary existence of an "actual controversy" under

the Declaratory Judgment Act, <u>each</u> of the Plaintiffs must show, among other

things, that "[<u>they</u> have] suffered some actual or threatened injury resulting

from the defendant's conduct." (Emphasis supplied). *See*, <u>Cummins v. State</u>

<u>Farm Mutual Automobile Ins. Co.</u>, 323 Fed.Appx. 847 (11th Cir. 2009), as

quoted on page 6 of Plaintiffs' Response (Doc. 20).  This requirement is,

basically, the same as the "standing" requirement for an Article III "case or

controversy," to-wit: that each "plaintiff must allege facts from which it

appears there is a <u>substantial</u> <u>likelihood</u> that <u>he</u> will suffer injury in the future."

(Emphasis supplied). <u>Malowney v. Federal Collection Deposit Group</u>, 193

F.3d 1342, 1346-47 (11th Cir. 1999).  Further, *Malowney* requires that the

"future injury" be "<u>definite</u>, rather than speculative." (Emphasis supplied). *Id.*

(16)    With regard to Plaintiffs' above arguments and assertions in light of the

actual email traffic between undersigned Defendant and non-plaintiff Barry

Willoughby, a fair reading of the actual email traffic would show that the

following is correct:

-    First, there is nothing in the initial, actual email from the

undersigned that says it reflects the position of each of the

Defendants.

-    Put another way, there is nothing in the actual email that would

attribute its admittedly "harsh tone" to Defendants, Guetzloe or

Egoroff.

-    Second, the actual email is directed only to non-plaintiff Barry

Willoughby and is a response to Willoughby's email calling

undersigned Defendant a "parasite."  It was not an out-of-the-

blue "warning" by the undersigned against Willoughby's  use

the phrase "Tea Party" in his organizational name.

-    Third, there simply is no statement in the actual email that

undersigned Defendant across-the-board would refuse to give

permission to any group that wishes to use the phrase "Tea

Party" in their organizational name.   In fact, undersigned

Defendant has no problem (and has publicly so stated prior to

Plaintiffs filing their Amended Complaint) with an  organization

using the phrase "Tea Party" in their organizational name,

9

provided no potential confusion is created.  Put another way, the undersigned  Defendant <u>does</u> have a problem with Plaintiff Wilkinson continuing to call himself the "chairman of the Florida Tea Party" without qualifying the "Florida Tea Party" with the postscript abbreviation "LLC" to show he is referring to his registered company, rather than the Florida Tea Party political party.

- Fourth, and most importantly, there is <u>no</u> mention in the actual email of undersigned Defendant threatening any "injury" to Barry Willoughby or anyone else in terms of undersigned Defendant warning of possible "threatened legal action" or a "threat of a lawsuit to enforce alleged rights under the statute."

(17)   In short, as to the "actual controversy" requirement for declaratory relief, if <u>each</u> of the Plaintiffs is asserting that the actual email from the undersigned to non-plaintiff Barry Willoughby constitutes sufficient "facts" to show that <u>each</u> of them has suffered "some actual or threatened injury" in the form of a threat by the  undersigned of a lawsuit against them, they are incorrect.  Put simply, there is <u>no</u> threat of the undersigned's filing a lawsuit against them (or anyone else) contained in that email.

(18)   Similarly, as to the "standing" requirement, if <u>each</u> of the Plaintiffs is asserting that the actual email from the undersigned to Barry Willoughby shows a <u>substantial likelihood </u>that the undersigned will file a lawsuit against

each of them over their use of the phrase "Tea Party" in their organizational name, they are, again, incorrect. Put simply, there is no threat of the undersigned filing a lawsuit against them (or anyone else) contained in that email.

(19)   As to Plaintiffs' assertion that the December 12, 2009 emails from the undersigned to Plaintiff, Wilkinson, and his attorney, Lucero, constitute sufficient "facts" to show that the Defendants threatened the Plaintiffs with litigation under Section 865.09 over their use of the name "Tea Party," the following corrections need to be made:

- First, nothing in the two emails show they can be attributed to all the Defendants. Put another way, there is no connection in those emails to Defendants, Guetzloe or Egoroff.

- Second, the emails were directed by only one Defendant (the undersigned) to only one Plaintiff, Everett Wilkinson.

- Third, there is no threat of litigation in those emails against anyone, including Wilkinson.

- Fourth, and most importantly, the two emails have to do with Wilkinson's use of the name "Florida Tea Party," not his use of the name "Tea Party."

(20)   Again, there is nothing in the emails which would show a substantial likelihood the undersigned Defendant intends to file lawsuits against any of the Plaintiffs, including Wilkinson, under Section 865.09, over the use of the name

11

"Tea Party," as distinguished from Wilkinson's use of the name "Florida Tea Party."

### Summary

(21) In short, there are <u>no</u> material facts showing a <u>substantial likelihood</u> that undersigned Defendant intends to file any lawsuit against any of the Plaintiffs under either Section 103.081, Section 865.09 or the Lanham Act over the Plaintiffs' use of the phrase "Tea Party" in conjunction with their organizational names. Therefore, as a matter of law, Plaintiffs have no standing to sue undersigned Defendant or the Tea Party under the Declaratory Judgment Act nor is there any "actual controversy" here such as would give this Court jurisdiction under that Act.

Respectfully submitted by,

Frederic B. O'Neal, Esq., individually
and in his official capacity as chairman
and sole officer of the Tea Party,
a registered Florida minor political party
Florida Bar No. 0252611
Frederic B. O'Neal, Esq.
P.O. Box 842
Windermere, FL 34786
(407) 719-6796
Fax (407) 292-5368
Fredonealatlaw@aol.com

12

STATE OF FLORIDA
COUNTY OF ORANGE

BEFORE ME, the undersigned authority, this day personally appeared FREDERIC B. O'NEAL, who, after first by me being duly sworn, did depose and say that he has read the foregoing Motion for Summary Judgment and that he knows from his own personal knowledge that the factual statements contained therein are true and correct.



_____
Frederic B. O'Neal

SWORN TO AND SUBSCRIBED before me this ___9___ day of April, 2010.

_____
Notary Public
My commission expires: 9/21/2012

> Notary Public State of Florida
> Tonya M Adams
> My Commission DD824638
> Expires 09/21/2012

**Certificate of Service**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by U.S. Mail delivery on this ___9___ day of April, 2010, to the following persons:

Frank Herrera
Quintaros, Prieto, Wood & Boyer, P.A.
9300 South Dadeland Blvd.
Fourth Floor
Miami, FL 33156

Timothy Lucero, Esq.
Lucero Law Group
10693 Wiles Road, Ste. 159
Coral Springs, FL 33076

_____
Frederic B. O'Neal, Esq., individually
and in his official capacity as chairman
and sole officer of the Tea Party,

13

a registered Florida minor political party
Florida Bar No. 0252611
Frederic B. O'Neal, Esq.
P.O. Box 842
Windermere, FL 34786
(407) 719-6796
Fax (407) 292-5368
Fredonealatlaw@aol.com

From: fredonealatlaw@aol.com
  To: bareftbj@comcast.net
  Bcc: seangdevries@gmail.com; steve@edmonds4senate24.com; Guetzloe@aol.com; nicholasegoroff@gmail.com
Subject: Re: Naples Tea Party Blog Entry
  Date: Sun, Jan 10, 2010 5:08 pm

Barry:

I apologize, too.  My tone was too harsh.  I'll blame the tone on old age and the Gators having lost to Alabama.

Fred


-----Original Message-----
From: Barry Willoughby <bareftbj@comcast.net>
To: fredonealatlaw@aol.com
Sent: Sun, Jan 10, 2010 4:14 pm
Subject: Re: Naples Tea Party Blog Entry

Fred.........I apologize.  I received some information that was contrary to what you have stated in your e-mail.
Honestly, I should have researched it further.  For your information, I am not a member of the Republican Party.  I
am registered as a Republican, but only so I can vote Republican in the primaries.

Actually, I am not a fan of our political party system, something several founders frowned upon, as you are
probably aware of.  I would like to see no political parties, let alone additional ones.

But, It looks like we have the same goals for our country........to take it back from the special interest groups and
few political elites from both parties (Republicans and Democrats) that are running things.

Thanks for alerting me to the faulty information that I based my tea party message on.

Barry


----- Original Message -----

From: fredonealatlaw@aol.com
To: bareftbj@comcast.net
Sent: Sunday, January 10, 2010 9:48 AM
Subject: Re: Naples Tea Party Blog Entry

Barry:

Thanks for calling me a "parasite" and thanks for referring to the Florida Tea Party as "bogus" and a "charade."

Thanks also for saying I'm a "registered Democrat."

Thanks also for saying the purpose of the Florida Tea Party is to "pull down the Republican Party."

Everything you said above is a lie and you know it, Barry.

To the contrary of the above, I've been involved for over 20 years with Doug Guetzloe in an organization called
"Ax the Tax."

Through the courts (where I've come in) and thru the referendum process (where Doug comes in),  Ax the Tax
has helped stop billions of dollars in tax increases here in Florida.

Exhibit "A"

In 2006, due to the fact that the leadership of neither the Republican or Democratic Party was interested in lower taxes in Florida (the GOP being more interested in giving your tax dollars either to CSX or Big Sugar and the Democrats being more interested in giving your tax dollars to the NEA and Acorn), Doug and I first looked into the possibility of starting a third party whose message would be smaller, more efficient government, lower taxes and no debt. We didn't do it at the time. I forgot why.

In the summer of 2009, it looked like the public was finally catching on to the importance of the fact that the American people were Taxed Enough Already (mighty similar to "Ax the Tax," don't you think, Barry), so I registered the "Tea Party" as a political party here in Florida - not to capitalize on any Johnny-come-lately "movement," but to continue the work Doug, I and others had already done thru Ax the Tax for decades.

As for your Naples Tea Party, why not just call your orgnization what it is, the Naples branch of "The Tea Party wing of the Republican Party." Why not try being honest about why you're attacking me and the Florida Tea Party? Why not admit that the real reason you get personal with comments like "parasite" and "bogus" and "charade" is that you're trying to keep people who are genuinely concerned about the growth of government and the rise in taxes inside the GOP, so you're doing your best to spread lies in order to kill any potential third party threat in its infancy?

For your information, I am NOT a registered Democrat. I am a registered member of the Tea Party, a Florida political party. Before that I was a registered Democrat. But in my lifetime, I have also been a registered Republican (during the Reagan years) and a registered Independent.

And you say it as if "Democrat" were an epithet. For your information, there are many old line Democratic principles I still very much admire. I admire the principles Jefferson founded the Democratic Party on in opposition to Hamilton's Federalists. Given the same choice today, I would easily opt for Jefferson's Democratic Party over Hamilton's Federalist Party.

Here's a gift from me to you, Barry - more ammunition to throw at me and the Florida Tea Party - we actually WELCOME former Democrats and former Independents into the Florida Tea Party!!!!!!!! You'd be surprised how many former Democrats and Independents are also worried about the present direction of the country. And contrary to what you may think, we're working to establish a broad-based political party, not just a "Disgruntled ex-Republicans Club." We're not trying to steal your precious registered Republicans. In fact, we've publicly stated many times that we urge people who are presently registered Republicans to stay that way (at least thru the primaries) so they can vote for Rubio and other true conservatives in the Republican Party.

Principle over politics, Barry, you should try it. As I've said and typed in emails hundreds of times, we think there should be one, only one, but at least one, true fiscal conservative on the ballot for each position in November.

Finally, Barry, I suggest you take a look at whether your Naples Tea Party needs to get a new name. Specifically, take a look at the first sentence of sub-section (2) of Section 103.081 ("**Use of party name; political advertising**"), Florida Statutes. It says: "(2) No person or group of persons shall use the name, abbreviation, or symbol of any political party, the name abbbreviation, or symbol of which is filed with the Department of State, in connection with any club, group, association, or organization of any kind unless approval and permission have been given in writing by the state executive committee of such party."

Like it or not, the "Tea Party" of the State of Florida, a registered political party, is entitled to the same protection under the law as the Republican Party or the Democratic Party. And don't complain to me. I didn't write the law. The legislature did. So, if you have a problem with it, take it up with them, not me. But, until the law is changed, I suggest obeying it.

Oh, I missed two things. One, there is an exemption under that statute for groups that have been existence for more than 10 years? Has the "Naples Tea Party" been in existence for more than 10 years? Two, as the statute says you can use the name of a regsitered political party in connection with your group if you have permission from the state executive committee. Barry, if I were you, I wouldn't hold my breath waiting for that permission to come any time soon.

Fred O'Neal, a registered member of the Tea Party , a Florida political party

Re: Naples Tea Party Blog Entry

-----Original Message-----
From: Barry Willoughby <bareftbj@comcast.net>
To: Greg McNeice <gmcneice@sisna.com>; Gordon Rebresh <gordo-r@embarqmail.com>; glc2cruise@aim.com; George Miller <george.miller@embarqmail.com>; George M Hahn <georgemhahn@comcast.net>; Gary Mullennix <gsmullennix@comcast.net>; fredonealatlaw@aol.com; Fred Henry <fredshenry@yahoo.com>; Frank Lagonigro <flagonigro@aol.com>; frank costello <cii143@embarqmail.com>; FRANK AND MARLENE CELSNAK <celsnak@embarqmail.com>; Ernest L. Balionis <Ernie@balionisgroup.com>
Sent: Sat, Jan 9, 2010 3:26 pm
Subject: Fw: Naples Tea Party Blog Entry


----- Original Message -----
**From:** Barry Willoughby
**Sent:** Saturday, January 09, 2010 3:23 PM
**Subject:** Naples Tea Party Blog Entry

Last year, the grassroots Tea Party movement was successful in capturing wide attention with its boisterous anti-government protests. Not bad for a group described by some as an "angry mob" and "racist."
This year, based on what's on the calendar for the start of 2010, Tea Party Patriots and affiliated groups are looking to gain even more influence and momentum. Of course the goal remains to bring continued activism against Obama's health care plan, out-of-control spending while raising the national debt, selective bailouts, and the global warming Cap-and-Trade fiasco. And if these things are not enough, it is now obvious Americans need to worry about their national security, something the Obama administration doesn't seem too concerned about. After all, we were told by the head of Homeland Security that "the system worked."
But, because 2010 is an election year, there are more challenges facing the Tea Party movement. A debate has been sparked among political observers whether or not the movement can evolve into a major political force. There is even talk of forming a national third party and calling it the "Tea Party." In some states, there are candidates running for election as a member of the newly formed Tea Party in their state.
Some are bogus, as evident by the charade of an Orlando lawyer named Frederic O'Neal who has registered the Tea Party with the State of Florida. He says his intent is to run candidates against both Republicans and Democrats in state and national races in an appeal towards getting the vote of the independents. O'Neal doesn't mention that he is a registered Democrat and his main objective is to take down the Republican Party. Every Tea Party Patriot needs to flush out these parasites who claim to be in alliance with the Tea Party movement. Just last week, the Naples Tea Party applauded the resignation of Jim Greer, chairman of the Republican Party for the State of Florida, who on many occasions held stances in direct conflict with the Tea Party movement, including the early rush to endorse Charlie Crist for the U.S. Senate when a conservative Marco Rubio is also running. The meteoric rise in popularity of Marco Rubio is just one small example of the Tea Party movement to drive public opinion and voter support for an individual candidate.
The Naples Tea Party is going on record that we are not associated with or endorsing any candidate just because they are a member of the Tea Party. We are also not endorsing any effort to form a third party, as we feel such an effort would be unwise and unproductive. The history of third parties is one of increased divisiveness and defeat for the Republican Party. How many remember when Ross Perot received 19 percent of the popular vote that put Bill Clinton in the White House? We believe it is time for Tea Party Patriots and all conservatives to rise up and demand the Republican Party return to its conservative roots .
The mechanisms exist for citizens to participate within the party system and to drive their parties in the right direction. The GOP is getting an earful from Tea Party Patriots and I believe Michael Steele has taken notice. Continued pressure must be placed on the Republican Party to find and support candidates who share in the values all conservative Republicans believe in.
The same holds true at the local level. Local conservative politicians need our support and should be told "thank you" for the job they are doing. I urge every local politician, regardless of party affiliation, to recognize the fact that the Naples Tea Party is watching and listening. You will be held accountable at the local level. The Naples Tea Party understands that a large block of Independents live in Collier County who support the grassroots movement. They will need to change their affiliation to vote in the primaries if they want their conservative candidates to win.
Our country does not belong to any one political party and certainly many founders warned against a political party system. It also does not belong to career politicians from either party who are beholden to special interest groups and a few powerful elitists running things in Washington. The American public is angry at both parties, and the Tea Party movement fills a void for those disenfranchised voters who are trying to get our country back

on the right track.
As Benjamin Franklin once said, We have given you a Republic madam, if you can keep it." The Tea Party
movement intends to do just that, in spite of what many believe a current one-party system, with two different
factions (Democrats and Republicans), offers the American voter.
Isn't this, after all, what makes the Tea Party movement truly grassroots?

From: fredonealatlaw@aol.com
To: attorneytimothylucero@yahoo.com
Subject: Re: From Attorney Timothy Lucero
Date: Sat, Dec 12, 2009 9:14 am

Have a nice day.


-----Original Message-----
From: Timothy Lucero <attorneytimothylucero@yahoo.com>
To: fredonealatlaw@aol.com <fredonealatlaw@aol.com>
Cc: Timothy Lucero <attorneytimothylucero@yahoo.com>
Sent: Sat, Dec 12, 2009 7:49 am
Subject: Re: From Attorney Timothy Lucero

Mr. O'Neal, In fact you do want to argue!  You are clearly loose with facts and
truth in your written public emails.  Shocking for the licensed attorney that
you are.

You state among other things, "Instead, he has a lawyer send me a bunch of
threats and insults."

Where/when was "a bunch" rather than one email from my office that was very
professional and ethically compliant under Florida and federal law...unlike your
emails?  And specifically point to and quote exactly what "threats and insults."
were contained in my email to you.  You're a lawyer sir.  You are REQUIRED to
act like it and be professional.  Your email to me and also the one you wrote to
my clients are written like an unprofessional emotional non-lawyer in that both
are full of gross false statements.  Be very careful.  I may deliver all copies
of your emails and mine to the Florida Bar if you continue to grossly assert
clear untruths.  The Bar can then investigate and determine if ethical
requirements are met.

If you don't want to argue then don't send any further emotional controversial
emails or responses.

Govern Yourself Accordingly.

Timothy D. Lucero, J.D.
Attorney at Law
954-592-5277
www.LuceroLawGroup.com

Sent Via iPhone

On Dec 12, 2009, at 7:16 AM, fredonealatlaw@aol.com wrote:

Instead, he has a lawyer send me a bunch of threats and insults.

Exhibit "B"

**From:** fredonealatlaw@aol.com
**To:** attorneytimothylucero@yahoo.com
**Bcc:** Guetzloe@aol.com
**Subject:** Re: From Attorney Timothy Lucero
**Date:** Sat, Dec 12, 2009 7:16 am

Tim:

I give up.

I tried to communicate with your client over politics to see where possibly we might be able join forces to help our common cause.

But he won't talk to me.

Instead, he has a lawyer send me a bunch of threats and insults.

I certainly don't want to spend time and energy trading insults and threats with you.

And, I'm not very good at that thing anyhow.

So, I'm going to leave you and your client alone.

And, per your request, I won't make any more attempts to try to communicate with your client.

So, have a nice day,

Fred

P.S.Tim, I hope at least you advised your client not to "do business" (e.g. sell T-shirts) under the name "Florida Tea Party" lest he get me in trouble since the name is registered to me.


-----Original Message-----
From: Timothy Lucero <attorneytimothylucero@yahoo.com>
To: fredonealatlaw@aol.com <fredonealatlaw@aol.com>
Cc: Timothy Lucero <attorneytimothylucero@yahoo.com>
Sent: Fri, Dec 11, 2009 7:46 pm
Subject: From Attorney Timothy Lucero

Mr. O'Neal, This office represents Mr. Wilkinson and the non-profit organization
(it is not a commercial entity). You as a Florida licensed attorney are clearly
aware that you are precluded by operation of law from further contacting my
clients in any form or fashion whatsoever for any reason.

Additionally, your false representation of the law is either due to your
intentional effort which is legally unethical or perhaps you simply do not know
the law which is tragic since you have been licensed in Florida for 31 years!

Any further violation of the law and legal ethics on your part will be dealt
with swiftly within the bounds of law and ethics.

Govern Yourself Accordingly.

Timothy D. Lucero, J.D.
Attorney at Law
954-592-5277
www.LuceroLawGroup.com

Sent Via iPhone


=