UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-80062-CIV-MARRA/JOHNSON

SOUTH FLORIDA TEA PARTY, INC.,
et al.,

    Plaintiffs,

vs.

TEA PARTY, et al.,

    Defendants.
_____/

### ORDER GRANTING PLAINTIFFS' RULE 56(F) MOTION

THIS CAUSE is before the Court upon Plaintiffs' Rule 56(f) Motion and Alternatively Plaintiffs' Motion for Enlargement of Time to Respond to Defendants Guetzloe and Egoroff's Motions For Summary Judgment [DE 27]. The Court has carefully considered the motion and response, and is otherwise fully advised in the premises.

Defendants have moved for summary judgment before discovery has been completed. Plaintiffs ask the Court to deny Defendants' Motion for Summary Judgment without prejudice so that they may conduct discovery sufficient to properly respond to the Motion upon its re-filing. Plaintiffs claim that they cannot reasonably be expected to argue what facts are and are not genuinely disputed in good faith without the benefit of discovery. The Court agrees. On May 12, 2010, the Court granted the identical motion directed at Fred O'Neal's Motion for Summary Judgment (*see* DE 32).

Accordingly, for good cause shown, it is hereby

ORDERED AND ADJUDGED that Plaintiffs' Rule 56(f) Motion and Alternatively Plaintiffs' Motion for Enlargement of Time to Respond to Defendants Guetzloe and Egoroff's Motions For Summary Judgment **[DE 27] is GRANTED in part and DENIED in part** as follows:  Defendant Guetzloe's Motion for Summary Judgment **[DE 26] is denied without prejudice** to refile the motion once Plaintiffs have had a sufficient opportunity to conduct discovery.

DONE AND ORDERED in Chambers at West Palm Beach, Palm Beach County, Florida, this 9th day of June, 2010.

_____
KENNETH A. MARRA
United States District Judge

copies to:

All counsel of record