UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-80062-CIV-MARRA/JOHNSON

SOUTH FLORIDA TEA PARTY, INC.,
et al.,

    Plaintiffs,
vs.

TEA PARTY, et al.,

    Defendants.
_____/

## NOTICE OF HEARING

**THIS CAUSE** is before the Court upon Defendants' Motion to Dismiss Plaintiffs' Amended Complaint **[DE 19]**; Defendants, Tea Party and O'Neal's Rule 11 Motion For Sanctions Against Plaintiffs Wilkinson and McClellan **[DE 29]**; Defendants, Tea Party and O'Neal's Rule 11 Motion For Sanctions Against the Out of State Plaintiffs **[DE 30]**; and Defendants, Tea Party and O'Neal's Rule 11 Motion For Sanctions Against the Additional Florida Plaintiffs **[31]**.

**PLEASE TAKE NOTICE** that the Court will hold a hearing on the motions listed above on **Wednesday, June 23, 2010 at 2:00 P.M.** before the Honorable Kenneth A. Marra, United States District Judge, in Courtroom 4 (3rd floor) at the Paul G. Rogers Federal Building and U.S. Courthouse, 701 Clematis Street, West Palm Beach, Florida.  Two hours have been reserved..

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 9th day of June, 2010.

                                          _____
                                          KENNETH A. MARRA
                                          United States District Judge

copies to:
All counsel of record