**IN THE UNITED STATES DISTRICT COURT**
**IN AND FOR THE SOUTHERN DISTRICT OF FLORIDA**

SOUTH FLORIDA TEA PARTY, INC.,
A Florida non-profit corporation, et al.,

       Plaintiffs,

v.                                        CASE NO.:  10-80062-CV-MARRA/JOHNSON

TEA PARTY, et al.

       Defendants.
_____/

**PLAINTIFFS' NOTICE OF SUPPLEMENTAL FILING IN OPPOSITION TO**
**DEFENDANTS' MOTIONS FOR RULE 11 SANCTIONS**

Plaintiffs, by and through the undersigned counsel, hereby file this Notice of Supplemental Filing in Opposition to Defendants' Motions for Rule 11 Sanctions (D.E. 29, 30, & 31) as follows:

Specifically, the Defendants have moved to Dismiss Plaintiffs' Amended Complaint and have separately moved for Rule 11 sanctions against the Plaintiffs.  (D.E. 19, 29, 30, & 31).  The Plaintiffs have opposed the Defendants' respective Motions.  (D.E. 20 & 35).

The basis of the Motions is primarily that no case or controversy exists between the parties and that therefore Plaintiffs lack standing to bring their complaint for declaratory relief. In telling contradiction to the arguments of the Defendants asserted in the Motions, Defendants served the attached requests for admissions.  See Exhibit A.  Among the requests, Defendants specifically ask the Plaintiffs to "admit that Plaintiffs do not have a First Amendment Free Speech Right to use 'TEA PARTY' in connection with their organizations and activities."  See Exhibit A, Req. No. 4.

This request, and other discovery requests served by the Defendants reinforce Plaintiffs' reasonable belief that the parties have adverse and uncertain legal positions that require a court

1

ordered declaration. Specifically, Defendants' request that the Plaintiffs admit that they "do not have a First Amendment Free Speech Right to use 'TEA PARTY' in connection with their organizations and activities" is itself an admission that the Defendants do not believe that the First Amendment Protects the Plaintiffs' right to use "Tea Party" in connection with their grassroots political activities. As the Plaintiffs are currently using "Tea Party" in connection with their grassroots political activities, and believe that the First Amendment, and other first amendment based defenses such as the "fair use" defense under the Lanham Act, protects their right to do so, taken together with the threats of the Defendants alleged in the Amended Complaint, it stands that a controversy exists as between the Plaintiffs and the Defendants concerning use of "Tea Party." See McCarthy On Trademark and Unfair Competition, §11:45 (4th Ed. 2006)(discussing the "fair use" defense).

Additionally, Defendants have argued that even if a case or controversy exists as to Defendants "Tea Party" and O'Neal, that none exists as to Defendants Egoroff and Guetzloe. However, Defendants Egoroff and Guetzloe are integral participants in the case or controversy and together with Mr. O'Neal form Defendant "Tea Party." For example, The Sunshine State News reported today on its website that Mr. Egoroff has announced that Defendant "Tea Party" is gathering affidavits to support a criminal complaint against Mr. Guetzloe's former employer because of an alleged "intimidation and a smear a smear campaign by persons associated with the Republican Party." See Exhibit B. This report not only supports Plaintiff's argument that Defendants Egoroff and Guetzloe are key participants in Defendant "Tea Party," but also demonstrates the Defendants' predilection for threatening legal action.

WHEREFORE, the Plaintiffs respectfully request that the Court take notice of the documents attached hereto as Exhibits A and B, and that the Court consider that same to be filed in opposition to Defendants' Motions for Sanctions.

Dated June 21, 2010

    Respectfully Submitted,

By: /s/ FRANK HERRERA
Frank Herrera
Florida Bar No. 494801
Email: fherrera@qpwblaw.com
Gustavo Sardiña
Florida Bar No. 31162
Email: gsardina@qpwblaw.com
QUINTAIROS, PRIETO, WOOD & BOYER
9300 S. Dadeland Blvd., Fourth Floor
Miami, Florida 33156
Telephone: 305-670-1101
Facsimile: 305-670-1161

And

Timothy Lucero, Esq.
LUCERO LAW GROUP
10693 Wiles Road, Suite 159
Coral Springs, Florida 33076
Tel.: (954) 592-5277
Email: attorneytimothylucero@yahoo.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy hereof is being filed via the Court's CM/ECF online filing system, and that the same is being served on the Defendants, namely:

The Tea Party and
Frederic B. O'Neal, Esq.
P.O. Box 842
Windermere, Florida 34786

Nicholas Egoroff
5402 Andover Drive
Orlando, Florida 32812

Douglas Guetzloe
P.O. Box 531101
Orlando, Florida 32853

via U.S. Mail this 21st day of June, 2010.

By: _s/GUSTAVO SARDIÑA___
Gustavo Sardiña

# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE SOUTHERN DISTRICT OF FLORIDA

SOUTH FLORIDA TEA PARTY, INC.,
et al.,

        Plaintiff(s),

vs.                                  CASE NO. 9:10-CV-80062-MARRA/JOHNSON
                                        (Judge Kenneth A. Marra)

TEA PARTY, et al.,

        Defendant(s).
_____/

### DEFENDANTS, TEA PARTY AND O'NEAL'S
### FIRST SET OF REQUESTS FOR ADMISSIONS

        Pursuant to Rule 36, Fed.R.Civ.P., Defendant, FREDERIC B. O'NEAL a/k/a "Fred O'Neal," ("Defendant") in his individual capacity and the TEA PARTY, an unincorporated Florida political party, by and through Defendant in his official capacity as its chairman and sole officer, requests that Plaintiffs admit or deny those eight (8) requests for admissions on the attached list.

        I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by U.S. Mail delivery on this 7th day of June, 2010, to the following persons:

Frank Herrera
Quintaros, Prieto, Wood & Boyer, P.A.
9300 South Dadeland Blvd.
Fourth Floor
Miami, FL 33156

1

/s/ Frederic B. O'Neal
Frederic B. O'Neal, Esq., individually
and in his official capacity as chairman
and sole officer of the Tea Party,
a registered Florida minor political party
Florida Bar No. 0252611
Frederic B. O'Neal, Esq.
P.O. Box 842
Windermere, FL 34786
(407) 719-6796
Fax (407) 292-5368
Fredonealatlaw@aol.com

Case 9:10-cv-80062-KAM Document 44 Entered on FLSD Docket 06/21/2010 Page 7 of 12

2

**Admissions –**

1. Please admit that "Defendants have [not] made explicit and implicit threats against some of the Plaintiffs regarding use of the phrase "Tea Party." (Paragraph 81).
2. Please admit that, because no such threats were made, Plaintiffs do not have a "reasonable fear that they will be sued by the Defendants for Trademark Infringement, or other causes of action." (Paragraph 82).
3. Please admit that "Defendant O'NEAL has [not] threatened at least one Plaintiff not to use "TEA PARTY" on any t-shirt." (Paragraph 100).
4. Please admit that Plaintiffs do not "have a First Amendment Free Speech Right to use "TEA PARTY" in connection with their organizations and activities …" (Paragraph 108).
5. Please admit that Plaintiffs do not "have a First Amendment Right of Association to organize and use "TEA PARTY" in connection with their organizations …" (Paragraph 116).
6. Please admit that Section 103.081, Florida Statutes, is not pre-empted by the Lanham Act.
7. Please admit that third-party candidacies are not "counter-productive." (Paragraph 130).
8. Please admit that the Defendants have never claimed the Defendant, Tea Party, was "endorsed" by the "grass roots political movement." (Paragraph 135).

3

# EXHIBIT B



Monday Jun 21, 2010

About | Contact | Got a Snap? | Signup for News Alerts | Login

Search

Search

○ the web  ● this site

**Home** | **Politics** | **Government** | **Business** | **Regional** | **Columns** | **Snap** | **RSS**

print   send

## Tempest in a TEA Pot? Doug Guetzloe's Show is Canceled

**Viewpoint**   **ShareThis**

Do you know already, with absolute certainty, what candidates you'll vote for in the fall?

○ Yes, I'm completely locked in.
○ No, the jury's still out on one or two.
○ No, I haven't got a clue on most races.

Vote                    See Past Polls

**KENRIC WARD'S BLOG** | POSTED: JUNE 21, 2010 3:33 PM

The feud between the Republican Party of Florida and the TEA Party heated up today when TEA consultant Doug Guetzloe's Orlando radio show was canceled and TEA officials suggested the move was politically inspired.

In addition to pulling the plug on "The Guetzloe Report," WEUS-AM terminated a station employee, Raul Pantoja, who filed to run as a TEA candidate in House District 73.

Citing "intimidation and a smear campaign by persons associated with the Republican Party," TEA spokesman Nick Egoroff said his party was gathering affidavits to support a criminal complaint with the U.S. Attorney's Office.

The newly unemployed Pantoja said he's more determined than ever to stay in the race.

"Now I have more time to devote to it," he said.

The seat is currently held by Rep. Nick Thompson, R-Fort Myers, who is not running for re-election.

PS: In case you were wondering, state election law does not require legislative candidates to live in district for which they run -- only that they establish residency there before they are sworn into office.

**The Brown Bailout…**
Why Is Congress Playing Favorites? And How Does This Impact You?
BrownBailout.com

**Oral Care Toothpaste**
Crest® Pro-Health Toothpaste. Healthy, Beautiful Smiles For Life.
OralCare.CrestProHealth.com

**Vote No on Amendment 4**
Florida Will Lose Jobs Our Economy Will Suffer
www.Florida2010.Org

**Previous**
U.S. Chamber of Commerce Backing David Rivera

Crist Ahead of Rubio by 11 Points in New Poll

**Next**
World Cup Justice: Don't Dilly-Dally, Mr. Coulibaly, Get Back to Mali

Ads by Google

       

**Snap**                    Got a Snap?



Barney Bishop, president and CEO of Associated Industries of Florida, discusses AIF's reports on Florida's political landscape.

**Add a Comment**

COMMENTS (0)

Results 1 - 0 of about 0

World Cup Justice: Don't Dilly-Dally, Mr. Coulibaly, Get Back to Mali

Tempest in a TEA Pot? Doug Guetzloe's Show is Canceled

U.S. Chamber of Commerce Backing David Rivera

| | SSN Blogs |
|---|---|
| | Crist Ahead of Rubio by 11 Points in New Poll |
| | Adam Scott and Bill McCollum Star in a 'Debate' on Debates |
| | Rubio concedes Fox News will meet with BP claims czar-Florida-Delaware between Kendrick Meek and Jeff Greene |
| | Republican Party targets St. Pete |
| | BP Knew Equipment Was Leaking Oil Weeks Before Explosion |
| | McCollum wants to debate Scott on BP McCollum Says He Needs Monday? |
| | Taxpayers' Dollars to Get His Message McCollum ready for debate, how about Out |
| | State Chasing Skimmers McCollum ups the debate ante |
| | Dick Armey Backs Bill McCollum |



Topics    Most commented

Most read

Alex Sink  Barack Obama  Bill McCollum  BP
**Charlie Crist**  Dean Cannon  Jeff Atwater
Jim Greer  John Thrasher  Kendrick Meek  Marco Rubio  Republican Party of Florida

more tags





| LATEST | REGIONAL | POLITICS | GOVERNMENT |
|---|---|---|---|
| More Potent Than Barbecue, Will TV Anoint Next Leaders? | Failure of Rig's Last Line of Defense Tied to Myriad Factors | More Potent Than Barbecue, Will TV Anoint Next Leaders? | Washington Week |
| Washington Week | In Cleanup, It's Local Help Wanted, Workers Find | Florida's Small Parties Short on Candidates | Washington Week |
| Jeff Stahler Cartoon | Monitoring the Manatee for Oil Ills | McCollum Calls For Property Tax Freeze | Oil Spill Could Spur Support for More Coastal Management |
| Happy Donor Day! | North Miami named as a Top 10 &quot;All-America&quot; city | Oil Spill Could Spur Support for More Coastal Management | President: We Are Responding to Spill |
| Florida's Small Parties Short on Candidates | Tea partiers wary of regulation, even in BP spill | Political Bits and Pieces | State Legal Team Hears Complaints About BP Claims |

© 2010 SUNSHINE STATE NEWS

PLEASE READ OUR PRIVACY POLICY. BY USING THIS SITE, YOU ACCEPT OUR TERMS OF SERVICE.