UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-80062-CIV-MARRA

SOUTH FLORIDA TEA PARTY, INC., a
Florida non-profit corporation, et al.,

Plaintiffs,

vs.

TEA PARTY, et al.,

Defendants.
_____/

## ORDER

This cause is before the Court upon Plaintiffs' Motion to File under Seal Re: Plaintiffs' Emergency Motion for Relief (DE 56), filed July 30, 2010. The Court has carefully considered the motion and is otherwise fully advised in the premises.

After careful consideration, the Court is denying the motion for the following reasons. First, the motion seeks emergency relief. ("Plaintiffs respectfully request an emergency Order that Defendants be specifically enjoined from releasing a copy of the Motion for Emergency Relief"). The motion was filed in contravention of section 5E of the CM/ECF Administrative Procedures for the Southern District of Florida which prohibits the electronic filing of emergency motions. This provision provides, with respect to the filing of emergency motions, that "[b]ecause these matters require the immediate attention of the Judge, the attorney must file the original motion and a copy for the Judge in conventional paper format in the division where the Judge is chambered."

Next, Defendants, who are alleged to be making libelous and scandalous statements, have

not filed them with the Court or used the Court "to gratify private spite or promote public scandal." Plaintiffs are the ones wishing to file the allegedly scandalous material with the Court. If the Court was to agree that the relief sought is appropriate in a case alleging that defamatory statements have been made, all plaintiffs in defamation actions would be entitled to file their cases and claims under seal to preclude further publication of the defamatory matter. The Court rejects this notion. Plaintiffs have not provided sufficient justification to warrant the sealing of the motion they intend to file.

Accordingly, it is hereby **ORDERED AND ADJUDGED** that Plaintiffs' Motion to File under Seal Re: Plaintiffs' Emergency Motion for Relief (DE 56) is **DENIED.**

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 30th day of July, 2010.

KENNETH A. MARRA
United States District Judge