IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE SOUTHERN DISTRICT OF FLORIDA

SOUTH FLORIDA TEA PARTY, INC.,
A Florida non-profit corporation, et al.,

       Plaintiffs,

v.                                          CASE NO.: 10-80062-CV-MARRA/JOHNSON

TEA PARTY, et al.

       Defendants.
_____/

## PLAINTIFFS' COUNSEL'S MOTION TO WITHDRAW

The undersigned counsel for the Plaintiffs, namely Frank Herrera, Gustavo Sardiña, and the Law Office of Quintairos, Prieto, Wood & Boyer, P.A. hereby move to withdraw from further representation of the Plaintiffs, and in support thereof state as follows:

On or about July 29, 2010 it came to the undersigned's attention that the Defendants had begun defaming the Plaintiffs and their counsel. Plaintiffs attempted to bring the same to the attention of the Court under seal, but such relief was denied. (D.E. 56 & 57).[1] Having evaluated the defamatory statements, Plaintiffs' counsel is considering bringing an action of their own against the Defendants in connection with the defamatory statements.

---

[1] Based on a recent string of emails between counsel and Mr. Guetzloe, the undersigned anticipates that the Defendants will oppose this Motion falsely asserting that the undersigned have perpetuated some wrongful campaign of injustice on the Defendants. In the event that the Defendants' opposition to the instant Motion includes any defamatory statements against the undersigned (as it is anticipated it will), or reference to prior defamatory statements, counsel asks that the Court immediately strike or seal the same to avoid the perpetuation of such defamation. See In re Reporters Committee For Freedom of the Press, 773 F.2d 1325, 1333 (D.C.Cir. 1985)(Scalia, J.)("the common-law right of inspection has bowed before the power of the court to insure that its records are not used to gratify private spite or promote public scandal . . . courts have refused to permit files to serve as reservoirs of libelous statements for press consumption.").

1

In considering the possibility of bringing such an action, the undersigned contacted the Florida Bar Ethics Hotline[2] for advice on proceeding with the above captioned action in light of the potential defamation claim. The Florida Bar Ethics Hotline attorney advised that the undesigned may have to withdraw from representation in this action pursuant to Rule 4-1.7(a)(2) of the Florida Bar Rules of Professional Conduct, and possibly also as a result of Rule 4-3.7.

In an abundance of caution, and to avoid potential conflict of interest, the undersigned counsel for the Plaintiffs, namely Frank Herrera, Gustavo Sardiña, and the Law Office of Quintairos, Prieto, Wood & Boyer, P.A. request that they be permitted to withdraw as counsel for the Plaintiffs.

Counsel has advised the Plaintiffs of their intention to withdraw by written correspondence dated August 3, 2010 sent both by email and U.S. Mail. In any event, the undersigned will continue to follow up with the Plaintiffs to be sure that all have an opportunity to respond.

Withdrawal as requested herein will not unduly prejudice the parties or the Court docket. Trial is not for another four (4) months (set for December 3, 2010), no court appearances/hearings are currently scheduled, all pending motions have been fully briefed, and mediation is not for another month and a half (set for September 20, 2010). Thus, Plaintiffs will have adequate opportunity to seek alternate counsel.

WHEREFORE, counsel for the Plaintiffs, namely Frank Herrera, Gustavo Sardiña, and the Law Office of Quintairos, Prieto, Wood & Boyer, P.A. respecfully request that the Court

---

[2] The Florida Bar Ethics Hotline (800-235-8619) is a service provided by the Florida Bar to attorneys who wish to seek an oral advisory opinion from the Bar concerning their own proposed actions. See http://www.floridabar.org/tfb/TFBETOpin.nsf/ca2dcdaa853ef7b885256728004f87db/93ef72ee39a1d7fb85256b2f006cc837?OpenDocument.

enter an order allowing them to withdraw as counsel for the Plaintiffs and otherwise relieving them of further responsibility in this action.

Dated:  August 4, 2010                         Respectfully Submitted,

                                                  By:    ___s/FRANK HERRERA___
Frank Herrera
Florida Bar No. 494801
Email: fherrera@qpwblaw.com
Gustavo Sardiña
Florida Bar No. 31162
Email: gsardina@qpwblaw.com
QUINTAIROS, PRIETO, WOOD & BOYER, P.A.
9300 S. Dadeland Blvd., Fourth Floor
Miami, Florida 33156
Telephone: 305-670-1101
Facsimile: 305-670-1161

And

Timothy Lucero, Esq.
LUCERO LAW GROUP
10693 Wiles Road, Suite 159
Coral Springs, Florida 33076
Tel.: (954) 592-5277
Email: attorneytimothylucero@yahoo.com
**Attorneys for Plaintiffs**

### CERTIFICATE OF RULE 7.1(a)(3) CONFERENCE

I HEREBY CERTIFY that counsel for the parties have discussed the relief requested herein by way of email correspondence on August 4, 2010.  The Defendants have indicated that they intend to oppose this Motion.

                                                  By:  _s/GUSTAVO SARDIÑA__
                                                         Gustavo Sardiña

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy hereof is being filed with the Court's electronic CM/ECF filing system, and that the same is being served on the Defendants, namely:

The Tea Party and
Frederic B. O'Neal, Esq.
P.O. Box 842
Windermere, Florida 34786

Douglas Guetzloe
P.O. Box 531101
Orlando, Florida 32853

And
Upon all Plaintiffs.

via U.S. Mail and email this 4th day of August, 2010.

By: _s/GUSTAVO SARDIÑA___
Gustavo Sardiña

## IN THE UNITED STATES DISTRICT COURT
## IN AND FOR THE SOUTHERN DISTRICT OF FLORIDA

SOUTH FLORIDA TEA PARTY, INC.,
A Florida non-profit corporation, et al.,

       Plaintiffs,

v.                                    CASE NO.:  10-80062-CV-MARRA/JOHNSON

TEA PARTY, et al.

       Defendants.
_____/

## ORDER

THIS CAUSE came before the Court on Plaintiffs' Counsel's Motion to Withdraw, filed on August 4, 2010 [D.E. __]. Upon review of this motion, and for good cause shown, the Court states as follows:

ORDERED that Plaintiffs' Counsel's Motion to Withdraw is GRANTED.  Frank Herrera, Gustavo Sardiña, and the Law Office of Quintairos, Prieto, Wood & Boyer, P.A. are hereby permitted to withdraw as counsel for the Plaintiffs and their involvement in this action is at a close.

DONE AND ORDERED in Chambers, this __ day of _____, 2010.

                                                    _____
                                                  United States District Judge