IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE SOUTHERN DISTRICT OF FLORIDA

SOUTH FLORIDA TEA PARTY, INC.,
A Florida non-profit corporation, *et al.*

   Plaintiffs,

v.                                CASE NO. 10-80062-CV-MARRA/JOHNSON

TEA PARTY, *et al*,

   Defendants.
_____/

## PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF CLAIMS AGAINST DEFENDANTS

The Plaintiffs, by and through undersigned counsel, pursuant to Rule 41(a)(1)(A)(i) or alternatively pursuant to 42(a)(2) of the Federal Rules of Civil Procedure, hereby gives Notice of their voluntary dismissal of all claims asserted by them, without prejudice, against Defendants in is matter.

Specifically, Rule (a)(1)(A)(i) sets out that a Plaintiff may voluntarily dismiss their/its claims without prejudice and without a Court Order by Notice at any time prior to the Defendants filing an Answer or summary judgment. As of the filing of this Notice, Defendants have not filed an Answer in this action. Further, while the Defendants previously moved for summary judgment, this Court ruled and denied the Defendants' Motion for Summary Judgment without prejudice essentially ruling that the Defendants' Motion was prematurely

filed (D.E. 32). In light thereof, Plaintiffs assert that voluntary dismissal by Notice alone should be appropriate under Rule (a)(1)(A)(i).

Alternatively, Plaintiffs also request voluntary dismissal without prejudice pursuant to Rule 42(a)(2) of the Federal Rules of Civil Procedure. Rule 42(a)(2) permits voluntary dismissal without prejudice "by court order, on terms that the court considers proper." Voluntary dismissal without prejudice pursuant to Rule 42(a)(2) "should be granted unless a defendant would suffer clear legal prejudice, other than prospect of a subsequent lawsuit as a result." See *U.S. v. Maloney*, 2007 WL 1424228, *2 (S.Dist.Fla 2007)(Marra, J.) (quoting *Ponteberg v. Boston Scientific Corp.*, 252 F.3d 1253, 1255 (11th Cir. 2001).

Granting the Plaintiffs' request for voluntary dismissal will not cause any prejudice of any kind whatsoever to the Defendants. Therefore, voluntary dismissal without prejudice is justified in this cause of action.

I HEREBY CERTIFY that a true and correct copy of the foregoing has been filed with this Court's electronic CM/ECF filing system, and that the foregoing is being furnished by U.S. Mail to any party that is not served electronically via CM/ECF (see service list), this 2nd day of November, 2010.

**Lucero & Tiller Law Group, PLLC**

BY:  **s/Timothy D. Lucero**
**TIMOTHY D. LUCERO, J.D.**
Attorney for Plaintiffs
433 Plaza Real, Suite 275
Boca Raton, Florida 33432
(954) 592-5277
FL BAR #0075698

## Service List

The Tea Party and
Frederic B. O'Neal, Esq.
P.O. Box 842
Windermere, Florida 34786

Douglas Guetzloe
Post Office Box 531101
Orlando, Florida 32853

**Lucero & Tiller Law Group, PLLC**

BY:   **s/Timothy D. Lucero**
      **TIMOTHY D. LUCERO, J.D.**
      Attorney for Plaintiffs
      433 Plaza Real, Suite 275
      Boca Raton, Florida 33432
      (954) 592-5277
      FL BAR #0075698

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE SOUTHERN DISTRICT OF FLORIDA

SOUTH FLORIDA TEA PARTY, INC.,
A Florida non-profit corporation, *et al.*

   Plaintiffs,

v.                                    CASE NO. 10-80062-CV-MARRA/JOHNSON

TEA PARTY, *et al*,

   Defendants.
_____/

# ORDER

THIS CAUSE came before the Court on Plaintiffs' Notice of Voluntary Dismissal Without Prejudice of Claims Against Defendants filed on November 2, 2010. Upon review of this motion/notice, and for good cause shown, the Court states as follows:

Plaintiffs note that they may, pursuant to Rule 41(a)(1)(A)(i), voluntarily dismiss their/its claims without prejudice at any time prior to the Defendants filing an Answer or summary judgment, that Defendants have not Answered, and that Defendants' Motions for Summary Judgment was denied as prematurely filed. Thus, it is the Plaintiffs' position that they may voluntary dismiss their claims by notice alone.

Alternatively, pursuant to 42(a)(2) of the Federal Rules of Civil Procedure, Plaintiffs ask the Court to allow them to voluntary dismiss their/its claims without prejudice, against Defendants in this matter, as the Defendants will not suffer any prejudice.

Regardless of whether dismissal would be under Rule (a)(1)(A)(i) or Rule 42(a)(2), the result would be the same. The Court agrees that Defendants will not be prejudiced by voluntary dismissal, and grants the relief sought in Plaintiffs' Notice.

**ORDERED** that Plaintiffs' complaint/claims against Defendants in this action are/is dismissed without prejudice.

**DONE AND ORDERED** in Chambers this \_\_\_\_\_ day of _____, 2010.

_____
United States District Court Judge