UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-80062-CIV-MARRA/JOHNSON

SOUTH FLORIDA TEA PARTY, INC.,
A Florida non-profit corporation, et al.,

    Plaintiff,

vs.

TEA PARTY, et al.

    Defendants.
_____/

**FINAL ORDER OF DISMISSAL**

**THIS CAUSE** is before the Court upon the Plaintiffs' Notice of Voluntary Dismissal Without Prejudice of Claims Against Defendants [DE 76].

**THE COURT** has considered the Notice, and the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** that this Cause be, and the same is, hereby **DISMISSED** without prejudice.  Fed. R. Civ. P. 41(a).  Any pending motions are denied as moot.  This case is **CLOSED**.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 22nd day of November, 2010.

                                              KENNETH A. MARRA
                                              United States District Judge

copies to:
All counsel of record
Judge Johnson